**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

SKY FEDERAL CREDIT UNION,

                                    *Plaintiff*,

v.

FAIR ISAAC CORPORATION,

                                    *Defendant*.

Case No. 1:20-cv-02114

Honorable Edmond E. Chang

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO
RESPOND TO PLAINTIFF'S COMPLAINT AND TO RESET HEARING DATE**

Defendant Fair Isaac Corporation ("Defendant"), by and through its undersigned counsel, respectfully requests that this Court enter the parties' Stipulation and Proposed Order Regarding Time to Respond to Class Action Complaint, attached hereto as Exhibit 1. If granted, the motion would reset the current case deadlines as follows:

- The deadline for Defendant to answer, move, or otherwise respond to the Complaint shall be extended until May 25, 2020.

- The initial status hearing is stricken and reset for June 30, 2020, at 9:00 a.m.

Dated: April 16, 2020

Respectfully submitted,

/s/  *Britt M. Miller*
Michael A. Olsen
Britt M. Miller
J. Gregory Deis
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600

molsen@mayerbrown.com
bmiller@mayerbrown.com
gdeis@mayerbrown.com
mprovance@mayerbrown.com

*Counsel for Defendant Fair Isaac
Corporation*

### CERTIFICATE OF SERVICE

I, Britt M. Miller, an attorney, hereby certify that on April 16, 2020, I caused a true and correct copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO RESET HEARING DATE** to be filed and served electronically via the Court's CM/ECF system.

*/s/ Britt M. Miller*