# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SKY FEDERAL CREDIT UNION,<br><br>*Plaintiff*,<br><br>v.<br><br>FAIR ISAAC CORPORATION,<br><br>*Defendant*. | Case No. 1:20-cv-02114<br><br>Honorable Edmond E. Chang<br><br>**STIPULATION AND PROPOSED ORDER REGARDING TIME TO RESPOND TO CLASS ACTION COMPLAINT** |

Plaintiff Sky Federal Credit Union ("Plaintiff") and Defendant Fair Isaac Corporation ("Defendant"), by and through their undersigned counsel, respectfully request that this Court enter the below Order regarding Defendant's time to respond to Plaintiff's Class Action Complaint. In support of this request, the parties state as follows:

1. Plaintiff's Complaint was filed on April 2, 2020. Service of process was effected on Defendant on April 9, 2020.

2. On April 10, 2020, the Court set an initial status hearing for June 2, 2020 and ordered that the parties file a joint initial status report at least three business days before the initial status hearing.

3. Pursuant to Federal Rule of Civ. P. 12(a), the current deadline for Defendant to answer, move, or otherwise respond to the Complaint is May 1, 2020.

4. On March 17, 2020, Chief Judge Pallmeyer entered Amended General Order 20-0012 in re: Coronavirus COVID-19 Public Emergency. Among other provisions, Amended General Order 20-0012 extended all deadlines in civil cases by 21 days.

5. On March 30, 2020, Chief Judge Pallmeyer entered Second Amended General Order 20-0012 in re: Coronovirus COVID-19 Public Emergency. Among other provisions, Second Amended General Order 20-0012 further extended all deadlines in civil cases by an additional 28 days.

6. Plaintiff's Complaint was filed three days after Chief Judge Pallmeyer issued Second Amended General Order 20-0012. Accordingly, Defendant's deadline is not subject to the Order's extension.

7. In light of the ongoing public emergency caused by COVID-19, Plaintiff and Defendant have stipulated, subject to the Court's approval, that the current deadlines be reset as follows:

A. The deadline for Defendant to answer, move, or otherwise respond to the Complaint shall be extended until May 25, 2020.

B. The initial status hearing is stricken and reset for June 30, 2020, at 9:00 a.m.

Dated: April 16, 2020

Respectfully submitted,

/s/ *Joseph P. Guglielmo*
Joseph P. Guglielmo
Peter A. Barile III
Justin W. Batten (Pro Hac Vice)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
jgugliemo@scott-scott.com
pbarile@scott-scott.com
jbatten@scott-scott.com

George A. Zelcs
Randall P. Ewing, Jr.
Ryan Z. Cortazar
KOREIN TILLERY, LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312-641-9750
Facsimile: 312-641-9751
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

Steven M. Berezney
Michael E. Klenov

KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: 314-241-4844
Facsimile: 314-241-3525
sberezney@koreintillery.com
mklenov@koreintillery.com

Christopher M. Burke (Pro Hac Vice)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
cburke@scott-scott.com

*Counsel for Plaintiff Sky Federal Credit Union*

/s/ *Britt M. Miller*
Michael A. Olsen
Britt M. Miller
J. Gregory Deis
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
molsen@mayerbrown.com
bmiller@mayerbrown.com
gdeis@mayerbrown.com
mprovance@mayerbrown.com

*Counsel for Defendant Fair Isaac Corporation*

3

SO ORDERED this _____ day of April, 2020.


_____
**HONORABLE EDMOND E. CHANG**