# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SKY FEDERAL CREDIT UNION, on Behalf of Itself and All Others Similarly Situated, | Case No. 1:20-cv-02114 |
| Plaintiff, | |
| v. | Honorable Edmond E. Chang |
| FAIR ISAAC CORPORATION, | |
| Defendant. | |
| FIRST CHOICE FEDERAL CREDIT UNION, on Behalf of Itself and All Others Similarly Situated, | Case No. 1:20-cv-02516 |
| Plaintiff, | Honorable Rebecca R. Pallmeyer |
| v. | |
| FAIR ISAAC CORPORATION, | |
| Defendant. | |
| AMALGAMATED BANK, on Behalf of Itself and All Others Similarly Situated, | Case No. 1:20-cv-02533 |
| Plaintiff, | |
| v. | Honorable Edmond E. Chang |
| FAIR ISAAC CORPORATION, | |
| Defendant. | |

[Caption continued on next page.]

**PLAINTIFFS' UNCONTESTED MOTION FOR CONSOLIDATION OF RELATED ACTIONS AND APPOINTMENT OF PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| ALCOA COMMUNITY FEDERAL CREDIT UNION, on Behalf of Itself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br> v.<br><br>FAIR ISAAC CORPORATION,<br><br>      Defendant. | Case No. 1:20-cv-02559<br><br>Honorable Charles R. Norgle, Sr. |
| GETTEN CREDIT COMPANY, on Behalf of Itself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br> v.<br><br>FAIR ISAAC CORPORATION,<br><br>      Defendant. | Case No. 1:20-cv-02561<br><br>Honorable Ronald A. Guzman |

    Plaintiffs Sky Federal Credit Union, First Choice Federal Credit Union, Amalgamated Bank, Alcoa Community Federal Credit Union, and Getten Credit Company (collectively, "Plaintiffs"), by their undersigned counsel, hereby move this Court, pursuant to Rules 42(a) and 23(g) of the Federal Rules of Civil Procedure for entry of an order: (1) consolidating the following actions: *Sky Federal Credit Union v. Fair Isaac Corp.*, No. 1:20-cv-02114 (N.D. Ill.) (the "*Sky Federal* Action"); *First Choice Fed. Credit Union v. Fair Isaac Corp.*, No. 1:20-cv-02516 (N.D. Ill.) (the "*First Choice* Action"); *Amalgamated Bank v. Fair Isaac Corp.*, No. 1:20-cv-02533 (N.D. Ill.) (the "*Amalgamated* Action"); *Alcoa Cmty. Fed. Credit Union v. Fair Isaac Corp.*, No. 1:20-cv-02516 (N.D. Ill.) (the "*Alcoa Cmty.* Action"); and *Getten Credit Co. v. Fair Isaac Corp.*, No. 1:20-cv-02561 (N.D. Ill.) (the "*Getten* Action") with the earliest-filed action,

1

and any subsequently filed actions filed or transferred to this Court (collectively, the "Fair Isaac Actions"); and (2) appointing a Steering Committee consisting of: Scott+Scott Attorneys at Law LLP ("Scott+Scott"); Korein Tillery LLC ("Korein Tillery"); MoloLamken LLP ("MoloLamken"); Carlson Lynch LLP ("Carlson Lynch"); Lowey Dannenberg P.C. ("Lowey Dannenberg"); Cafferty Clobes Meriwether & Sprengel LLP ("Cafferty Clobes"); Nussbaum Law Group ("Nussbaum Law"); Roberts Law Firm, P.A. ("Roberts Law"); and Gustafson Gluek PLLC ("Gustafson Gluek"), with Scott+Scott as Chair of Plaintiffs' Steering Committee and Korein Tillery as Liaison Counsel for Plaintiffs' Steering Committee.

Plaintiffs state that Plaintiffs' counsel conferred with defense counsel as to whether there is an objection to this motion and represent that Defendant: (i) has no objection to consolidation of the Related Actions under Rule 42(a); (ii) believes that those Related Actions not pending before this Court should be reassigned to this Court; and (iii) takes no position as to the appointment of a PSC, nor its proposed Chair or Liaison. As to reassignment, Plaintiffs intend to respond separately to Defendant's Motion for Consolidation per the Order of the Court. ECF No. 27. Therefore, this motion is unopposed.

Attached as **Exhibit 1** is a true and correct copy of the firm résumé of Scott+Scott.

Attached as **Exhibit 2** is a true and correct copy of the firm résumé of Korein Tillery.

Attached as **Exhibit 3** is a true and correct copy of the firm résumé of MoloLamken.

Attached as **Exhibit 4** is a true and correct copy of the firm résumé of Carlson Lynch.

Attached as **Exhibit 5** is a true and correct copy of the firm résumé of Lowey Dannenberg.

Attached as **Exhibit 6** is a true and correct copy of the firm résumé of Cafferty Clobes.

Attached as **Exhibit 7** is a true and correct copy of the firm résumé of Nussbaum Law.

Attached as **Exhibit 8** is a true and correct copy of the firm résumé of Roberts Law.

Attached as **Exhibit 9** is a true and correct copy of the firm résumé of Gustafson Gluek.

Attached as **Exhibit 10** is a proposed order, a copy of which will be submitted in Microsoft Word format to the Court by email.

**WHEREFORE**, Plaintiffs respectfully move for an order consolidating the Related Actions, appointing to Plaintiffs' Steering Committee the law firms identified above, appointing Scott+Scott as Chair of Plaintiffs' Steering Committee, Korein Tillery as Liaison Counsel for the Plaintiffs' Steering Committee, and for such further relief as the Court deems necessary and just.

Dated: May 1, 2020

Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

 s/ Joseph P. Guglielmo
Joseph P. Guglielmo (N.D. Ill. No. 2759819)
Peter A. Barile III (N.D. Ill. No. 4364295)
Justin W. Batten (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6444
jgugliemo@scott-scott.com
pbarile@scott-scott.com
jbatten@scott-scott.com

Christopher M. Burke (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
cburke@scott-scott.com

3

George A. Zelcs (Ill. Bar No. 3123738)
Randall P. Ewing, Jr. (Ill. Bar No. 6294238)
Ryan Z. Cortazar (Ill. Bar No. 6323766)
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312-641-9750
Facsimile: 312-641-9751
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

Steven M. Berezney (N.D. Ill. Bar No. 56091)
Michael E. Klenov (Ill. Bar No. 6300228)
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: 314-241-4844
Facsimile: 314-241-3525
sberezney@koreintillery.com
mklenov@koreintillery.com

*Counsel for Plaintiff Sky Federal Credit Union*

Steven F. Molo
Lisa W. Bohl
**MOLOLAMKEN LLP**
300 N. LaSalle Street, Suite 5350
Chicago, IL 60654
Telephone: 312-450-6700
Facsimile: 312-450-6701
smolo@mololamken.com
lbohl@mololamken.com

Lauren M. Weinstein (*pro hac vice*)
**MOLOLAMKEN LLP**
600 New Hampshire Avenue, N.W., Suite 500
Washington, D.C. 20037
Telephone: 202-556-2000
Facsimile: 202-556-2001
lweinstein@mololamken.com

Gary F. Lynch
**CARLSON LYNCH LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: 412-322-9243
Facsimile: 412-231-0246
glynch@carlsonlynch.com

Katrina Carroll
**CARLSON LYNCH LLP**
111 W. Wacker Drive, Suite 1240
Chicago, IL 60602
Telephone: 312-750-1265
kcarroll@carlsonlynch.com

*Counsel for Plaintiff First Choice Federal Credit Union*

Jennifer W. Sprengel (Ill. Bar No. 06204446)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
150 S. Wacker, Suite 3000
Chicago, IL 60606
Telephone: 312-782-4880
jsprengel@caffertyclobes.com

Barbara J. Hart (*pro hac vice* forthcoming)
Christian Levis (*pro hac vice* forthcoming)
Frank Strangeman (*pro hac vice* forthcoming)
Andrea Farah (*pro hac vice* forthcoming)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: 914-997-0500
bhart@lowey.com
clevis@lowey.com
fstrangeman@lowey.com
afarah@lowey.com

*Counsel for Plaintiff Amalgamated Bank*

5

Paul E. Slater
Joseph M. Vanek
Michael G. Dickler
Matthew T. Slater
**SPERLING & SLATER**
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200
pes@sperling-law.com
jvanek@sperling-law.com
mdickler@sperling-law.com
mslater@sperling-law.com

Linda P. Nussbaum
Bart D. Cohen
**NUSSBAUM LAW GROUP, P.C.**
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: 917-438-9102
lnussbaum@nussbaumpc.com
bcohen@nussbaumpc.com

Michael L. Roberts
Karen Sharp Halbert
**ROBERTS LAW FIRM, P.A.**
20 Rahling Circle
Little Rock, AR 72223
Telephone: 501-821-5575
mikeroberts@robertslawfirm.us
karenhalbert@robertslawfirm.us

*Counsel for Plaintiff Alcoa Community Federal Credit Union*

Daniel C. Hedlund
Michelle J. Looby
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612-333-8844
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com

6

        Dennis Stewart
        **GUSTAFSON GLUEK PLLC**
        600 B Street, 17th Floor
        San Diego, CA 92101
        Telephone: 619-595-3299
        dstewart@gustafsongluek.com

        *Counsel for Plaintiff Getten Credit Company*

**CERTIFICATE OF SERVICE**

I, Joseph P. Guglielmo, an attorney, hereby certify that the foregoing **PLAINTIFFS' UNCONTESTED MOTION FOR CONSOLIDATION OF RELATED ACTIONS AND APPOINTMENT OF PLAINTIFFS' STEERING COMMITTEE** was electronically filed on May 1, 2020, and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

s/ Joseph P. Guglielmo
Joseph P. Guglielmo (N.D. Ill. No. 2759819)
