**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SKY FEDERAL CREDIT UNION, *Plaintiff*, v. FAIR ISAAC CORPORATION, *Defendant* | Case No. 20-cv-02114 Honorable Edmond E. Chang |

**JOINT STATUS REPORT**

Pursuant to the Court's July 3, 2020 Order, Plaintiff Sky Federal Credit Union ("Sky Federal") and Defendant Fair Isaac Corporation ("FICO") jointly state as follows:

1. Motions to reassign this and other related actions pursuant to Local Rule 40.4(b) are pending before this Court, Dkt. 26, and before Judge Coleman in *Fair Isaac Corp. v. Trans Union LLC*, Case No. 17-cv-08318, ECF No. 198, 215, 225 ("*TransUnion*").

2. The related actions pending reassignment, in order of filing, are: (1) *Sky Federal Credit Union v. Fair Isaac Corp.*, No. 20-cv-02114; (2) *First Choice Federal Credit Union v. Fair Isaac Corp.*, No. 20-cv-02516; (3) *Amalgamated Bank v. Fair Isaac Corp.*, No. 20-cv-02533; (4) *Alcoa Community Federal Credit Union v. Fair Isaac Corp.*, No. 20-cv-2559; (5) *Getten Credit Co. v. Fair Isaac Corp.*, No. 20-cv-02651; (6) *Kenmore NY Teachers Federal Credit Union v. Fair Isaac Corp., et al.*, No. 20-cv-02755; (7) *Alternative Finance, Inc. et al. v. Fair Isaac Corp.*, No. 20-cv-03204; (8) *City of Boston Credit Union v. Fair Isaac Corp.*, No. 20-cv-03315; and (9) *Holmes County Bank v. Fair Isaac Corp.*, No. 20-cv-03395 (collectively, the "Class Actions").

3. On August 4, 2020, a tenth similar class action was filed in this District. *See Garner Prop. & Mgmt. v. Fair Isaac Corp.*, No. 20-cv-04575. That action has been assigned to Judge Bucklo.

4. In light of the reassignment motion filed by Sky Federal and other plaintiffs in *TransUnion*, on May 5, 2020, the Court suspended briefing on FICO's motion to reassign the Class Actions to this Court. ECF No. 33.

5. In addition to the motion to reassign filed by Sky Federal (*TransUnion,* ECF No. 198), there are two other motions that were filed by other plaintiff groups that are pending before Judge Coleman in *TransUnion*. *See* ECF Nos. 215, 225.

6. All three motions are fully briefed and have been taken under advisement by Judge Coleman. *See id.*, ECF No. 235, 241.

Dated: August 14, 2020

*/s/ Britt M. Miller*
Michael A. Olsen
Britt M. Miller
J. Gregory Deis
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
(312) 782-0600
(312) 701-7711—Facsimile
molsen@mayerbrown.com
bmiller@mayerbrown.com
gdeis@mayerbrown.com
mprovance@mayerbrown.com

*Counsel for Defendant Fair Isaac Corporation*

Respectfully submitted,

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo
Michelle Conston
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
30 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6444
jgugliemo@scott-scott.com
mconston@scott-scott.com

Christopher M. Burke (pro hac vice)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
cburke@scott-scott.com

George A. Zelcs
Randall P. Ewing, Jr.
Ryan Z. Cortazar
John A. Libra
Max C. Gibbons
KOREIN TILLERY, LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312-641-9750
Facsimile: 312-641-9751
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com
jlibra@koreintillery.com
mgibbons@koreintillery.com

                                              Steven M. Berezney
                                              Michael E. Klenov
                                              KOREIN TILLERY, LLC
                                              505 North 7th Street, Suite 3600
                                              St. Louis, MO 63101
                                              Telephone: 314-241-4844
                                              Facsimile: 314-241-3525
                                              sberezney@koreintillery.com
                                              mklenov@koreintillery.com

                                              *Counsel for Plaintiff Sky Federal Credit Union*