# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SKY FEDERAL CREDIT UNION, on Behalf of Itself and All Others Similarly Situated, <br><br> *Plaintiff*, <br><br> v. <br><br> FAIR ISAAC CORPORATION, <br><br> *Defendant*. | Case No. 20-cv-02114 <br><br> Honorable Edmond E. Chang |
| FIRST CHOICE FEDERAL CREDIT UNION, on Behalf of Itself and All Others Similarly Situated, <br><br> *Plaintiff*, <br><br> v. <br><br> FAIR ISAAC CORPORATION, <br><br> *Defendant*. | Case No. 20-cv-02516 <br><br> Honorable Edmond E. Chang |
| AMALGAMATED BANK, on behalf of itself and all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> FAIR ISAAC CORPORATION, <br><br> *Defendant*. | Case No. 20-cv-02533 <br><br> Honorable Edmond E. Chang |

[Caption continued on following pages.]

| | |
|---|---|
| ALCOA COMMUNITY FEDERAL CREDIT UNION, on behalf of itself and all others similarly situated,<br><br>　　*Plaintiff*,<br><br>v.<br><br>FAIR ISAAC CORPORATION,<br><br>　　*Defendant*. | Case No. 20-cv-02559<br><br>Honorable Edmond E. Chang |
| GETTEN CREDIT COMPANY, individually and on behalf of all others similarly situated,<br><br>　　*Plaintiff*,<br><br>v.<br><br>FAIR ISAAC CORPORATION,<br><br>　　*Defendant*. | Case No. 20-cv-02651<br><br>Honorable Edmond E. Chang |
| KENMORE NY TEACHERS FEDERAL CREDIT UNION, on Behalf of Itself and All Others Similarly Situated,<br><br>　　*Plaintiff*,<br><br>v.<br><br>FAIR ISAAC CORPORATION, EQUIFAX, INC., EXPERIAN PLC, and TRANSUNION, LLC,<br><br>　　*Defendants*. | Case No. 20-cv-02755<br><br>Honorable Edmond E. Chang |

| | |
|---|---|
| CITY OF BOSTON CREDIT UNION, on Behalf of Itself and All Others Similarly Situated, <br><br> *Plaintiff*, <br><br> v. <br><br> FAIR ISAAC CORPORATION, <br><br> *Defendant*. | Case No. 20-cv-03315 <br><br> Honorable Edmond E. Chang |
| HOLMES COUNTY BANK AND TRUST COMPANY, on Behalf of Itself and All Others Similarly Situated, <br><br> *Plaintiff*, <br><br> v. <br><br> FAIR ISAAC CORPORATION, <br><br> *Defendant*. | Case No. 20-cv-03395 <br><br> Honorable Edmond E. Chang |

**THE CONSENSUS PLAINTIFFS' MOTION FOR CONSOLIDATION AND APPOINTMENT OF INTERIM LEAD AND LIAISON COUNSEL**

Plaintiffs Sky Federal Credit Union (No. 20-cv-02114), First Choice Federal Credit Union (No. 20-cv-02516), Amalgamated Bank (No. 20-cv-02533), Alcoa Community Federal Credit Union (No. 20-cv-02559), Getten Credit Company (No. 20-cv-02651), Kenmore NY Teachers Federal Credit Union (No. 20-cv-02755), City of Boston Credit Union (No. 20-cv-03315), and Holmes County Bank & Trust Co. (No. 20-cv-03395), plaintiffs in eight of the ten related actions before the Court (collectively, the "Consensus Plaintiffs"), respectfully move to: (1) consolidate pursuant to Federal Rule of Civil Procedure 42 actions in which the plaintiffs have or could have brought claims for damages under the federal antitrust laws (collectively, the "Direct Purchaser Actions"), and any such subsequent actions filed in or transferred to this Court;[1] (2) appoint pursuant to Federal Rule of Civil Procedure 23(g) Scott+Scott Attorneys at Law LLP as the Plaintiffs' Interim Lead Counsel and MoloLamken LLP as Liaison Counsel; and (3) consolidate pursuant to Federal Rule of Civil Procedure 42 into a separate group actions that have been or could have been brought by indirect purchasers (collectively, the "Indirect Purchaser Actions") and any such subsequent actions filed in or transferred to this Court.[2]

---

[1] The Direct Purchaser Actions include: *Sky Federal Credit Union v. Fair Isaac Corp.*, No. 20-cv-02114 (N.D. Ill. filed Apr. 2, 2020); *First Choice Federal Credit Union v. Fair Isaac Corp.*, No. 20-cv-02516 (N.D. Ill. filed Apr. 23, 2020); *Amalgamated Bank v. Fair Isaac Corp.*, No. 20-cv-02533 (N.D. Ill. filed Apr. 24, 2020); *Alcoa Community Federal Credit Union v. Fair Isaac Corp.*, No. 20-cv-02559 (N.D. Ill. filed Apr. 27, 2020); *Getten Credit Co. v. Fair Isaac Corp.*, No. 20-cv-02651 (N.D. Ill. filed May 1, 2020); *Kenmore NY Teachers Federal Credit Union v. Fair Isaac Corp.*, No 20-cv-02755 (N.D. Ill. filed May 6, 2020); *City of Boston Credit Union v. Fair Isaac Corp.*, No. 20-cv-03315 (N.D. Ill. filed June 4, 2020); *Holmes County Bank & Trust Co. v. Fair Isaac Corp.*, No. 20-cv-03395 (N.D. Ill. filed June 9, 2020). The Direct Purchaser Actions also include claims by the plaintiff Alternative Finance, Inc. in *Alternative Finance, Inc. v. Fair Isaac Corp.*, No. 20-cv-03204 (N.D. Ill. filed May 29, 2020).

[2] The Indirect Purchaser Actions include: *Garner Properties & Management, LLC v. Fair Isaac Corp.*, No. 20-cv-04575 (N.D. Ill. filed August 4, 2020), and the claims by plaintiff Brookfield Management Company in *Alternative Finance, Inc. v. Fair Isaac Corp.*, No. 20-cv-03204 (N.D. Ill. filed May 29, 2020).

Pursuant to this Court's Individual Rules, counsel for the Consensus Plaintiffs met and conferred with counsel for the defendants and the plaintiffs in *Alternative Finance, Inc. v. Fair Isaac Corp.*, No. 20-cv-03204, and were unable to agree regarding consolidation and leadership. Counsel for the Consensus Plaintiffs also met and conferred with counsel for the plaintiff in *Garner Properties & Management, LLC v. Fair Isaac Corp.*, No. 20-cv-04575, who takes no position on consolidation.

| | |
|---|---|
| Dated: October 29, 2020 | Respectfully submitted, |

| | |
|---|---|
| /s/ Steven F. Molo | /s/ Joseph P. Guglielmo |
| Steven F. Molo | Joseph P. Guglielmo (N.D. Ill. 2759819) |
| Lisa W. Bohl | Michelle E. Conston (*pro hac vice*) |
| MOLOLAMKEN LLP | SCOTT+SCOTT ATTORNEYS AT LAW LLP |
| 300 N. LaSalle Street, Suite 5350 | The Helmsley Building |
| Chicago, IL 60654 | 230 Park Avenue, 17th Floor |
| Telephone: 312-450-6700 | New York, NY 10169 |
| Facsimile: 312-450-6701 | Telephone: 212-223-6444 |
| smolo@mololamken.com | Facsimile: 212-223-6334 |
| lbohl@mololamken.com | jguglielmo@scott-scott.com |
| | mconston@scott-scott.com |
| Lauren M. Weinstein | |
| MOLOLAMKEN LLP | Christopher M. Burke (*pro hac vice*) |
| 600 New Hampshire Avenue, N.W., Suite 500 | SCOTT+SCOTT ATTORNEYS AT LAW LLP |
| Washington, DC 20037 | 600 W. Broadway, Suite 3300 |
| Telephone: 202-556-2000 | San Diego, CA 92101 |
| Facsimile: 202-556-2001 | Telephone: 619-233-4565 |
| lweinstein@mololamken.com | Facsimile: 619-233-0508 |
| | cburke@scott-scott.com |
| Gary F. Lynch | |
| CARLSON LYNCH LLP | George A. Zelcs |
| 1133 Penn Avenue, 5th Floor | Randall P. Ewing, Jr. |
| Pittsburgh, PA 15222 | Ryan Z. Cortazar |
| Telephone: 412-322-9243 | John Libra |
| Facsimile: 412-231-0246 | KOREIN TILLERY, LLC |
| glynch@carlsonlynch.com | 205 North Michigan Avenue, Suite 1950 |
| | Chicago, IL 60601 |
| Katrina Carroll | Telephone: 312-641-9750 |
| CARLSON LYNCH LLP | Facsimile: 312-641-9751 |
| 111 W. Washington Street, Suite 1240 | gzelcs@koreintillery.com |
| Chicago, IL 60602 | rewing@koreintillery.com |
| Telephone: 312-750-1265 | rcortazar@koreintillery.com |
| kcarroll@carlsonlynch.com | jlibra@koreintillery.com |

*Counsel for Plaintiff First Choice Federal Credit Union*

3

*s/ Jennifer W. Sprengel*
Jennifer W. Sprengel
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
150 S. Wacker, Suite 3000
Chicago, IL 60606
Telephone: 312-782-4880
jsprengel@caffertyclobes.com

Barbara J. Hart (admitted *pro hac vice*)
Christian Levis (admitted *pro hac vice*)
Frank Strangeman (admitted *pro hac vice*)
Andrea Farah (admitted *pro hac vice*)
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: 914-997-0500
bhart@lowey.com
clevis@lowey.com
fstrangeman@lowey.com
afarah@lowey.com

*Counsel for Plaintiff Amalgamated Bank and the Proposed Class*

*s/ Paul E. Slater*
Paul E. Slater
Joseph M. Vanek
Michael G. Dickler
Matthew T. Slater
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200
pes@sperling-law.com
jvanek@sperling-law.com
mdickler@sperling-law.com
mslater@sperling-law.com

Steven M. Berezney
Jamie Boyer
Michael E. Klenov
Carol O'Keefe
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: 314-241-4844
Facsimile: 314-241-3525
sberezney@koreintillery.com
jboyer@koreintillery.com
mklenov@koreintillery.com
cokeefe@koreintillery.com

*Counsel for Plaintiff Sky Federal Credit Union*

*s/ Karin E. Garvey*
Gregory S. Asciolla (admitted *pro hac vice*)
Karin E. Garvey (admitted *pro hac vice*)
Robin A. van der Meulen (admitted *pro hac vice*)
Matthew J. Perez (admitted *pro hac vice*)
Jonathan S. Crevier (admitted *pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: 212-907-0700
gasciolla@labaton.com
kgarvey@labaton.com
rvandermeulen@labaton.com
mperez@labaton.com
jcrevier@labaton.com

*Attorneys for Plaintiffs City of Boston Credit Union, Holmes County Bank and Trust Company, and the Proposed Class*

4

Linda P. Nussbaum
Bart D. Cohen
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: 917-438-9102
lnussbaum@nussbaumpc.com
bcohen@nussbaumpc.com

Michael L. Roberts
Karen Sharp Halbert
ROBERTS LAW FIRM, P.A.
20 Rahling Circle
Little Rock, AR 72223
Telephone: 501-821-5575
mikeroberts@robertslawfirm.us
karenhalbert@robertslawfirm.us

*Counsel for Plaintiff Alcoa Community Federal Credit Union and the Proposed Class*

*s/ Daniel C. Hedlund*
Daniel E. Gustafson (admitted *pro hac vice*)
Daniel C. Hedlund (admitted *pro hac vice*)
Michelle J. Looby (admitted *pro hac vice*)
Joshua J. Rissman
Ling S. Wang
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612-333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
lwang@gustafsongluek.com

Dennis Stewart (admitted *pro hac vice*)
GUSTAFSON GLUEK PLLC
600 B Street, 17th Floor
San Diego, CA 92101
Telephone: 619-595-3200
dstewart@gustafsongluek.com

Marvin A. Miller
Lori A. Fanning
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: 312-332-3400
mmiller@millerlawllc.com
lfanning@millerlawllc.com

*Local Counsel for City of Boston Credit Union, Holmes County Bank and Trust Company, and the Proposed Class*

Guillaume Buell (admitted *pro hac vice*)
THORNTON LAW FIRM LLP
1 Lincoln Street, 13th Floor
Boston, MA 02111
Telephone: 617-720-1333
gbuell@tenlaw.com

*Attorneys for Plaintiff City of Boston Credit Union and the Proposed Class*

Charles F. Barrett (admitted *pro hac vice*)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Telephone: 615-244-1713
cbarrett@nealharwell.com

Don Barrett (*pro hac vice* forthcoming)
BARRETT LAW GROUP, P.A.
404 Court Square
P.O. Box 927
Lexington, MS 39095
Telephone: 662-834-2488
dbarrett@barrettlawgroup.com
donbarrettpa@gmail.com

5

Kenneth A. Wexler
Melinda J. Morales
Michelle Perkovic
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: 312-346-2222
kaw@wexlerwallace.com
mjm@wexlerwallace.com
mp@wexlerwallace.com

*Counsel for Plaintiff Getten Credit Co. and the Proposed Class*

Richard R. Barrett (*pro hac vice* forthcoming)
BARRETT LAW GROUP, P.A.
2086 Old Taylor Road, Suite 1011
Oxford, MS 38655
Telephone: 662-380-5018
rrb@rrblawfirm.net

*Attorneys for Plaintiff Holmes County Bank and Trust Company and the Proposed Class*

*s/ Hilary K. Scherrer*
Hilary K. Scherrer
Paul Gallagher
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Telephone: 202-540-7200
hscherrer@hausfeld.com
pgallagher@hausfeld.com

Michael P. Lehmann (SBN 77152)
Christopher Lebsock (SBN 184546)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: 415-633-1908
mlehmann@hausfeld.com
clebsock@hausfeld.com

Scott A. Martin
Irving Scher
Jeanette Bayoumi
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Telephone: 646-357-1100
smartin@hausfeld.com
ischer@hausfeld.com
jbayoumi@hausfeld.com

6

Robert A. Clifford
Shannon M. McNulty
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
Telephone: 312-899-9090
rclifford@cliffordlaw.com
smm@cliffordlaw.com

Arthur Bailey
RUPP BAASE PFALZGRAF
CUNNINGHAM LLC
1600 Liberty Building
424 Main Street
Buffalo, NY 14202
Telephone: 716-664-2967
bailey@ruppbaase.com

*Counsel for Plaintiff Kenmore NY Teachers Federal Credit Union*

## CERTIFICATE OF SERVICE

I, Joseph P. Guglielmo, an attorney, hereby certify that on October 29, 2020, I caused a true and correct copy of the foregoing **MOTION FOR CONSOLIDATION AND APPOINTMENT OF INTERIM LEAD AND LIAISON COUNSEL** to be filed and served electronically via the Court's CM/ECF system.

In addition, a courtesy copy of this filing has been delivered by electronic mail to counsel of record in all the related actions.

*s/ Joseph P. Guglielmo*
Joseph P. Guglielmo

*Attorney for Plaintiff Sky Federal Credit Union*