# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: FICO ANTITRUST LITIGATION RELATED CASES<br><br>This document relates to:<br>INDIRECT PURCHASER ACTIONS | Case No. 20-cv-02114<br>Honorable Edmond E. Chang |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR WITHDRAWAL AS COUNSEL AND SUBSTITUTION OF COUNSEL

Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") submits this memorandum of law in support of its motion to withdraw as counsel for Plaintiffs Alternative Finance, Inc. ("Alternative Finance") and Brookfield Management Company ("Brookfield") (collectively, "the Alternative Finance Plaintiffs," or "AFPs") and the Indirect Purchaser Plaintiff Class ("Indirect Purchaser Class"), and for Reinhardt Wendorf & Blanchfield and Spector Roseman & Kodroff PC to be substituted as counsel for the Indirect Purchaser Class.

## DISCUSSION

Local Rule 83.17 provides that a party's "attorney of record may not withdraw, nor may any other attorney file an appearance on behalf of the same party or as a substitute for the attorney of record, without first obtaining leave of court, except that substitutions or additions may be made without motion where both counsels are of the same firm." Federal Rule of Civil Procedure 23(g)(1)(B) and (4) provide that "[c]lass counsel must fairly and adequately represent the interests of the class" and that "in appointing class counsel, the Court "may consider any . . . matter pertinent to counsel's ability to fairly and adequately represent the interests of the class."

In the motion for consolidation and appointment as interim class counsel, Cohen Milstein was proposed as interim class counsel for a class of "all end-user business-customers that

indirectly purchased a FICO Score in the Business Market for credit scores for use and not for resale from January 1, 2006 through the present." AFPs' Compl. ¶ 89. In the briefing concerning leadership for the Class, Cohen Milstein explained that it was ***only*** seeking appointment for the class of end users it proposed and could not accept any other appointment. AFPs' Resp. Br. n.12. However, the Court's Memorandum Opinion and Order dated September 30, 2021 directed Cohen Milstein to serve as interim class counsel for a markedly different class, consisting only of entities that "bought a FICO score from a company that is not FICO or a credit bureau," which the Court defined as "the Indirect Purchasers" for purposes of the order. Mem. Op. and Order, at 8, 18 (ECF No. 83) (the "Consolidation Order").

Cohen Milstein's service as counsel for that class creates a potential positional conflict given the Complaint it previously filed and the position it took in the leadership papers. Accordingly, under these circumstances, appointing new interim class counsel for the IPPs is appropriate. *See* Fed. R. Civ. P. 23(g). As will be outlined in their motion for appointment as lead counsel for the IPP Class to be filed shortly, Reinhardt Wendorf & Blanchfield and Spector Roseman & Kodroff PC are qualified to take on this role, satisfying Rule 23(g)'s adequacy requirement for interim class counsel. Brookfield and Alternative Finance have been advised of Cohen Milstein's request to withdraw as counsel and have no objections. Accordingly, Cohen Milstein requests that the Court permit it to withdraw as counsel, and name Reinhardt Wendorf & Blanchfield and Spector Roseman & Kodroff PC as replacement interim class counsel for the Indirect Purchaser Plaintiffs.

## CONCLUSION

For the reasons stated above, Cohen Milstein respectfully requests that the Court grant its motion.

October 21, 2021

Respectfully submitted,

*/s/ Brent W. Johnson*
Brent W. Johnson (*pro hac vice*)
Daniel McCuaig (*pro hac vice*)
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
(202) 408-4600
bjohnson@cohenmilstein.com
dmccuaig@cohenmilstein.com

Carol V. Gilden
Cohen Milstein Sellers & Toll PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
(312) 357-0370
IL Bar No. 6185530
cgilden@cohenmilstein.com

Michael Eisenkraft (*pro hac vice*)
Christopher Bateman (*pro hac vice*)
David O. Fisher (*pro hac vice*)
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, NY 10005
(212) 838-7797
meisenkraft@cohenmilstein.com
cbateman@cohenmilstein.com
dfisher@cohenmilstein.com

*Attorneys for Plaintiffs Alternative Finance, Inc., Brookfield Management Company, and the Indirect Purchaser Class*