Sky Federal Credit Union, et al.

                                Plaintiff,

v.                                                    Case No.: 1:20–cv–02114
                                                      Honorable Edmond E. Chang

Fair Isaac Corporation, et al.

                                Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 22, 2021:

    MINUTE entry before the Honorable Edmond E. Chang: On the motion [84] of Cohen Milstein to withdraw as counsel for for Alternative Finance, Inc. and Brookfield Management Company, as well as the Indirect Purchasers, any objection (as unlikely as there is one) is due by 11/01/2021. The Court will await the motion of Reinhardt Wendorf & Blanchfield and Spector Roseman & Kodroff before deciding the withdrawal motion. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.