IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: FICO ANTITRUST LITIGATION RELATED CASES | No. 1:20-CV-02114 |
| *This document relates to:* ALL ACTIONS | Judge Edmond E. Chang  Magistrate Judge David E. Weisman |

**JOINT STATUS REPORT**

Pursuant to the Court's September 30, 2021 Order, Dkt. 83, the parties in the above-referenced related cases have met and conferred and respectfully submit the following joint status report on behalf of Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs, and Fair Isaac Corporation, Equifax, Inc., Experian PLC, and TransUnion, LLC (collectively, "Defendants").

**Direct Purchaser Action**

1. On October 21, 2021, the Direct Purchaser Plaintiffs filed a Consolidated Complaint that asserts claims against all Defendants. Dkt. 86.

**Indirect Purchaser Action**

2. On October 21, 2021, Cohen Milstein Sellers & Toll PLLC filed a motion to withdraw as lead counsel for the Indirect Purchaser Plaintiffs. Dkt. 84, 85.

3. On October 26, 2021, Reinhardt Wendorf & Blanchfield and Spector Roseman & Kodroff PC filed a motion and application for substitution as lead counsel for the Indirect Purchaser Plaintiffs. Dkt. 92, 94.

4. Direct Purchaser Plaintiffs support, and Defendants take no position on, Reinhardt Wendorf & Blanchfield and Spector Roseman & Kodroff PC's motion and application for substitution as lead counsel for the Indirect Purchaser Plaintiffs.

1

5. In their motion for lead counsel, Reinhardt Wendorf & Blanchfield and Spector Roseman & Kodroff PC have sought leave to file a consolidated complaint.

**Proposed Schedule for Rule 12 Motions**

6. Subject to the Court's approval, the parties agree on the following schedule for the filing of motions pursuant to Fed. R. Civ. P. 12:

   a. The Indirect Purchaser Plaintiffs shall file a consolidated complaint within 30 days of the Court's ruling on the pending motions for substitution of lead counsel;

   b. Defendants' Rule 12 motions as to all operative complaints shall be due 45 days after the Indirect Purchaser Plaintiffs' consolidated complaint is filed;

   c. Plaintiffs' opposition briefs shall be due 45 days thereafter; and

   d. Any reply briefs shall be due 25 days after Plaintiffs' opposition briefs.

7. Once the Indirect Purchaser Plaintiffs' consolidated complaint has been filed, the parties will promptly meet and confer regarding appropriate page limitations for their respective briefing and how many motions Defendants intend to file. The parties will submit a joint status report setting forth their agreed proposal regarding the number of Rule 12 motions and page limitations for those motions, or identifying any disputed positions regarding those issues, within seven days.

Dated: October 28, 2020

Respectfully submitted,

/s/ Britt M. Miller
Britt M. Miller
Matthew D. Provance
Jed W. Glickstein
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
(312) 782-0600
(312) 701-7711—Facsimile
bmiller@mayerbrown.com
mprovance@mayerbrown.com
jglickstein@mayerbrown.com

*Counsel for Defendant Fair Isaac Corporation*

/s/ James F. Herbsion
James F. Herbison
Michael P. Mayer (appearance to be filed)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-5600
jherbiso@winston.com
mmayer@winston.com

*Counsel for Defendant Equifax Inc.*

/s/ Carolyn P. Gurland
Carolyn Pelling Gurland
WHITE & CASE LLP
111 South Wacker Drive
Suite 5100
Chicago, IL 60606
Tel: (312) 881-5400
carolyn.gurland@whitecase.com

/s/ Joseph P. Guglielmo
Joseph P. Guglielmo (N.D. Ill. 2759819)
Michelle E. Conston (admitted *pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
30 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6444
jgugliemo@scott-scott.com
mconston@scott-scott.com

Christopher M. Burke (admitted *pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
cburke@scott-scott.com

*Interim Lead Counsel for Direct Purchaser Plaintiffs*

/s/ Steven F. Molo
Steven F. Molo
Gerald Meyer
Lisa W. Bohl
MOLOLAMKEN LLP
300 N. LaSalle Street, Suite 5350
Chicago, IL 60654
Telephone: 312-450-6700
Facsimile: 312-450-6701
smolo@mololamken.com
lbohl@mololamken.com

Robert A. Milne (*pro hac vice* in 20-cv-2755)
Martin M. Toto (*pro hac vice* in 20-cv-2755)
Jack E. Pace III (*pro hac vice* in 20-cv-2755)
Bryan D. Gant (*pro hac vice* in 20-cv-2755)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Tel: (212) 819 8200
rmilne@whitecase.com
mtoto@whitecase.com
jpace@whitecase.com
bgant@whitecase.com

*Counsel for Defendant Experian PLC*

*/s/ J. David Duffy*
J. David Duffy, #6242374
THOMPSON COBURN LLP
55 East Monroe Street, 37th Floor
Chicago, Illinois 60603
Tel: (312) 346-7500
dduffy@thompsoncoburn.com

John Thorne, #6181458
Leslie Pope (*pro hac vice* in 20-cv-2755)
KELLOGG, HANSEN, TODD, FIGEL
& FREDERICK, P.L.L.C.
1615 M Street NW
Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
jthorne@kellogghansen.com
lpope@kellogghansen.com

*Counsel for Defendant TransUnion, LLC*

Lauren M. Weinstein
MOLOLAMKEN LLP
600 New Hampshire Avenue, N.W., Suite 500
Washington, DC 20037
Telephone: 202-556-2000
Facsimile: 202-556-2001

lweinstein@mololamken.com

*Liaison Counsel for Direct Purchaser Plaintiffs*

*/s/ Garrett D. Blanchfield*
Garrett D. Blanchfield
Brant D. Penney
REINHARDT WENDORF &
BLANCHFIELD
332 Minnesota Street, Suite W-1050
St. Paul, MN 55101
Tel: (651) 287-2100
Fax: (651) 287-2103
g.blanchfield@rwblawfirm.com
b.penney@rwblawfirm.com

William G. Caldes (*pro hac vice* pending)
Jeffrey L. Corrigan (*pro hac vice* pending)
Jeffery L. Spector (*pro hac vice* pending)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
BCaldes@srkattorneys.com
JCorriganf@srkattorneys.com
JSpector@srkattorneys.com

*Proposed Interim Lead Counsel for Indirect Purchaser Plaintiffs*