UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: FICO ANTITRUST LITIGATION | ) <br> ) <br> ) No. 1: 20-CV-2114 <br> ) <br> ) Honorable Edmond E. Chang <br> ) |

## JOINT STATUS REPORT

Pursuant to this Court's Order dated November 4, 2021 (ECF No. 106[1]), Lead Counsel for the direct purchaser plaintiffs, Sky Federal Credit Union ("Sky Federal"), Alcoa Community Federal Credit Union, Amalgamated Bank, City of Boston Credit Union, First Choice Federal Credit Union, Getten Credit Company, and Holmes County Bank & Trust Company (collectively, "Direct Purchaser Plaintiffs"), individual counsel for plaintiff Kenmore NY Teachers Federal Credit Union ("Kenmore"), and counsel for defendants Fair Isaac Corporation ("Fair Isaac"), TransUnion, LLC ("TransUnion"), Equifax, Inc. ("Equifax"), and Experian plc ("Experian") (collectively, "Defendants") jointly state as follows:

1. On May 6, 2020, Kenmore filed a class action complaint against Fair Isaac, Equifax, TransUnion, and Experian. *Kenmore NY Teachers Federal Credit Union v. Fair Isaac Corp.*, No. 1:20-cv-02755, ECF No. 1 (N.D. Ill. May 6, 2020).

2. On September 30, 2020, the *Kenmore* action was reassigned to this Court under Local Rule 40.4, along with the other class actions filed by Direct Purchaser Plaintiffs. *See Kenmore NY Teachers Federal Credit Union v. Fair Isaac Corp.*, No. 1:20-cv-02755, ECF No. 29 (Sept. 30, 2020).

---

[1] Unless otherwise noted, ECF citations are to the docket in *In re: FICO Antitrust Litig.*, No. 1:20-cv-02114 (N.D. Ill.).

3. Following briefing on leadership for the various related FICO cases, on September 30, 2021, the Court granted Sky Federal's motion for consolidation under Federal Rule of Civil Procedure 42(a) and appointment of class counsel under Rule 23, appointing Scott+Scott Attorneys at Law LLP ("Scott+Scott") as Interim Class Counsel for Direct Purchaser Plaintiffs, with MoloLamken LLP acting as Liaison Counsel. ECF No. 40. The Court's order directed Scott+Scott to file a consolidated complaint on behalf of all Direct Purchaser Plaintiffs by October 21, 2021. *Id.*

4. At the time Interim Class Counsel and Liaison Counsel were working to prepare the consolidated complaint, Hausfeld LLP, counsel for Plaintiff Kenmore, informed Interim Class Counsel that Kenmore had decided to withdraw from the litigation due to resource constraints caused by the COVID-19 pandemic which made it difficult for Kenmore personnel to devote time and resources necessary to fulfill Kenmore's obligations as a class representative.

5. On October 21, 2021, Direct Purchaser Plaintiffs filed their Consolidated Class Action Complaint (the "CAC"). ECF No. 86. Consistent with Kenmore's request, the CAC did not include Kenmore as a Direct Purchaser Plaintiff.

6. On November 11, 2021, Kenmore filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). *Kenmore NY Teachers Federal Credit Union v. Fair Isaac Corp.*, No. 1:20-cv-02755, ECF No. 42 (Nov. 11, 2021).

Dated: November 12, 2021

Respectfully submitted,

| | |
|---|---|
| *s/ Steven F. Molo* | *s/ Joseph P. Guglielmo* |
| Steven F. Molo | Joseph P. Guglielmo (N.D. Ill. 2759819) |
| Gerald Meyer | Michelle E. Conston (admitted *pro hac vice*) |
| Eric A. Posner (admission pending) | SCOTT+SCOTT ATTORNEYS AT LAW LLP |
| Lisa W. Bohl | The Helmsley Building |
| MOLOLAMKEN LLP | 230 Park Avenue, 17th Floor |
| 300 N. LaSalle Street, Suite 5350 | New York, NY 10169 |
| Chicago, IL 60654 | Telephone: 212-223-6444 |
| | Facsimile: 212-223-6334 |

Telephone: 312-450-6700
Facsimile: 312-450-6701
smolo@mololamken.com
gmeyer@mololamken.com
eposner@mololamken.com
lbohl@mololamken.com

Lauren M. Weinstein
MOLOLAMKEN LLP
600 New Hampshire Avenue, N.W., Suite 500
Washington, DC 20037
Telephone: 202-556-2000
Facsimile: 202-556-2001
lweinstein@mololamken.com

*Liaison Counsel*

Gary F. Lynch
CARLSON LYNCH LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: 412-322-9243
Facsimile: 412-231-0246
glynch@carlsonlynch.com

Katrina Carroll
CARLSON LYNCH LLP
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: 312-750-1265
kcarroll@carlsonlynch.com

Jennifer W. Sprengel
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
150 S. Wacker, Suite 3000
Chicago, IL 60606
Telephone: 312-782-4880
jsprengel@caffertyclobes.com

jguglielmo@scott-scott.com
mconston@scott-scott.com

Christopher M. Burke (admitted *pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
cburke@scott-scott.com

*Interim Lead Class Counsel*


*s/* Hilary K. Scherrer
Hilary K. Scherrer
Paul Gallagher
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Telephone: 202-540-7200
hscherrer@hausfeld.com
pgallagher@hausfeld.com

Michael P. Lehmann (SBN 77152)
Christopher Lebsock (SBN 184546)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: 415-633-1908
mlehmann@hausfeld.com
clebsock@hausfeld.com

Scott A. Martin
Irving Scher
Jeanette Bayoumi
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Telephone: 646-357-1100
smartin@hausfeld.com
ischer@hausfeld.com
jbayoumi@hausfeld.com

*Counsel for Plaintiff Kenmore NY Teachers Federal Credit Union*

3

Barbara J. Hart (admitted *pro hac vice*)
GRANT & EISENHOFER
485 Lexington Ave.
29th Floor
New York, NY 10017
Telephone: 646-722-8526
bhart@gelaw.com

Paul E. Slater
Joseph M. Vanek
Michael G. Dickler
Matthew T. Slater
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200
pes@sperling-law.com
jvanek@sperling-law.com
mdickler@sperling-law.com
mslater@sperling-law.com

Linda P. Nussbaum
Bart D. Cohen
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: 917-438-9102
lnussbaum@nussbaumpc.com
bcohen@nussbaumpc.com

Michael L. Roberts
Karen Sharp Halbert
ROBERTS LAW FIRM, P.A.
20 Rahling Circle
Little Rock, AR 72223
Telephone: 501-821-5575
mikeroberts@robertslawfirm.us
karenhalbert@robertslawfirm.us

George A. Zelcs
Randall P. Ewing, Jr.
Ryan Z. Cortazar
John Libra
KOREIN TILLERY, LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312-641-9750
Facsimile: 312-641-9751
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com
jlibra@koreintillery.com

Steven M. Berezney
Jamie Boyer
Michael E. Klenov
Carol O'Keefe
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: 314-241-4844
Facsimile: 314-241-3525
sberezney@koreintillery.com
jboyer@koreintillery.com
mklenov@koreintillery.com
cokeefe@koreintillery.com

Gregory S. Asciolla (admitted *pro hac vice*)
Karin E. Garvey (admitted *pro hac vice*)
Robin A. van der Meulen (admitted *pro hac vice*)
Matthew J. Perez (admitted *pro hac vice*)
Jonathan S. Crevier (admitted *pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: 212-907-0700
gasciolla@labaton.com
kgarvey@labaton.com
rvandermeulen@labaton.com
mperez@labaton.com
jcrevier@labaton.com

Daniel E. Gustafson (admitted *pro hac vice*)
Daniel C. Hedlund (admitted *pro hac vice*)
Michelle J. Looby (admitted *pro hac vice*)
Joshua J. Rissman
Ling S. Wang
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612-333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
lwang@gustafsongluek.com

Dennis Stewart (admitted *pro hac vice*)
GUSTAFSON GLUEK PLLC
600 B Street, 17th Floor
San Diego, CA 92101
Telephone: 619-595-3200
dstewart@gustafsongluek.com

Kenneth A. Wexler
Melinda J. Morales
Michelle Perkovic
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: 312-346-2222
kaw@wexlerwallace.com
mjm@wexlerwallace.com
mp@wexlerwallace.com

Marvin A. Miller
Lori A. Fanning
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: 312-332-3400
mmiller@millerlawllc.com
lfanning@millerlawllc.com

Guillaume Buell (admitted *pro hac vice*)
THORNTON LAW FIRM LLP
1 Lincoln Street, 13th Floor
Boston, MA 02111
Telephone: 617-720-1333
gbuell@tenlaw.com

Charles F. Barrett (admitted *pro hac vice*)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Telephone: 615-244-1713
cbarrett@nealharwell.com

Don Barrett (*pro hac vice* forthcoming)
BARRETT LAW GROUP, P.A.
404 Court Square
P.O. Box 927
Lexington, MS 39095
Telephone: 662-834-2488
dbarrett@barrettlawgroup.com
donbarrettpa@gmail.com
Richard R. Barrett (*pro hac vice* forthcoming)
BARRETT LAW GROUP, P.A.
2086 Old Taylor Road, Suite 1011
Oxford, MS 38655
Telephone: 662-380-5018
rrb@rrblawfirm.net

*Counsel for Plaintiffs and the Proposed Class*

5

*/s/ James F. Herbsion*
James F. Herbison
Michael P. Mayer (appearance to be filed)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
jherbiso@winston.com
mmayer@winston.com

*Counsel for Defendant Equifax Inc.*

*/s/ J. David Duffy*
J. David Duffy, #6242374
THOMPSON COBURN LLP
55 East Monroe Street, 37th Floor
Chicago, Illinois 60603
Telephone: (312) 346-7500
dduffy@thompsoncoburn.com

John Thorne, #6181458
Leslie Pope (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL
& FREDERICK, P.L.L.C.
1615 M Street NW
Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
jthorne@kellogghansen.com
lpope@kellogghansen.com

*Counsel for Defendant TransUnion, LLC*

*/s/ Carolyn P. Gurland*
Carolyn Pelling Gurland
WHITE & CASE LLP
111 South Wacker Drive
Suite 5100
Chicago, IL 60606
Telephone: (312) 881-5400
carolyn.gurland@whitecase.com

Robert A. Milne (*pro hac vice*)
Martin M. Toto (*pro hac vice*)
Jack E. Pace III (*pro hac vice*)
Bryan D. Gant (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: (212) 819 8200
rmilne@whitecase.com
mtoto@whitecase.com
jpace@whitecase.com
bgant@whitecase.com

*Counsel for Defendant Experian PLC*

*/s/ Britt M. Miller*
Britt M. Miller
Matthew D. Provance
Jed W. Glickstein
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
bmiller@mayerbrown.com
mprovance@mayerbrown.com
jglickstein@mayerbrown.com

*Counsel for Defendant Fair Isaac Corporation*

6

**CERTIFICATE OF SERVICE**

     I, Joseph P. Guglielmo, an attorney, hereby certify that on November 12, 2021, I caused a true and correct copy of the foregoing Joint Status Report be filed and served electronically via the Court's CM/ECF system.

                                               *s/ Joseph P. Guglielmo*
                                               Joseph P. Guglielmo