# EXHIBIT A

| Claim-Specific Grounds for Dismissal Of State Antitrust And Unfair Trade Practices Claims | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| State | Antitrust or Unfair Trade Practices | DPP or IPP | No Nexus | No Class Actions | Illinois Brick | Non-Actionable Allegations | Improper Market | No Standing | Other |
| Arizona | AT | Both | | | | | | ✓ | |
| California | AT | Both | | | | | | ✓ | |
| Connecticut | AT | Both | | | | | | ✓ | |
| DC | AT | Both | ✓ | | | | | ✓ | |
| Illinois | AT | Both | | ✓ | | | | ✓ | |
| Iowa | AT | Both | | | | | | ✓ | |
| Kansas | AT | Both | | | | | | ✓ | |
| Maine | AT | Both | | | | | | | |
| Maryland | AT | Both | | | | | | ✓ | |
| Michigan | AT | Both | | | | | | | |
| Minnesota | AT | Both | | | | | | | |
| Mississippi | AT | Both | ✓ | | | | | | |
| Missouri | AT | IPP | | | ✓ | | | ✓ | No direct purchaser |

| State | Antitrust or UFP | DPP or IPP | No Nexus | No Class Actions | Illinois Brick | Non-Actionable Allegations | Improper Market | No Standing | Other |
|---|---|---|---|---|---|---|---|---|---|
| Nebraska | AT | Both | | | | | | ✓ | |
| Nevada | AT | Both | ✓ | | | | | ✓ | |
| New Hampshire | AT | Both | ✓ | | | | | ✓ | |
| New Mexico | AT | Both | | | | | | ✓ | |
| New York | AT | Both | ✓ | | | | | | |
| North Carolina | AT | Both | ✓ | | | | | ✓ | |
| North Dakota | AT | Both | | | | | | ✓ | |
| Oregon | AT | Both | | | | | | ✓ | |
| Rhode Island | AT | Both | | | ✓ | | | ✓ | |
| South Dakota | AT | Both | ✓ | | | | | ✓ | |
| Tennessee | AT | Both | ✓ | | | | | ✓ | Does not apply to intangible services |
| Utah | AT | Both | | | | | | ✓ | |
| Vermont | AT | Both | | | | | | ✓ | |
| West Virginia | AT | Both | ✓ | | | | | ✓ | |
| Wisconsin | AT | Both | ✓ | | | | | ✓ | |

| State | Antitrust or UFP | DPP or IPP | No Nexus | No Class Actions | Illinois Brick | Non-Actionable Allegations | Improper Market | No Standing | Other |
|---|---|---|---|---|---|---|---|---|---|
| Arkansas | UFP | Both | | ✓ | | ✓ | | | No unconscionable conduct |
| California | UFP | Both | ✓ | | | | | ✓ | |
| DC | UFP | Both | | | | | | ✓ | No unconscionable conduct |
| Florida | UFP | Both | | | | | | ✓ | No particularity |
| Hawaii | UFP | IPP | | | | | ✓ | ✓ | |
| Massachusetts | UFP | Both | ✓ | | ✓ | | | | No direct purchaser |
| Missouri | UFP | IPP | | | | | ✓ | ✓ | |
| Montana | UFP | Both | | ✓ | | | ✓ | | |
| Nebraska | UFP | IPP | | | | | | ✓ | |
| New Hampshire | UFP | IPP | ✓ | | | | | ✓ | |
| New Mexico | UFP | Both | | | | ✓ | | ✓ | No unequal bargaining power |
| New York | UFP | Both | | | | | | | |
| North Carolina | UFP | Both | ✓ | | | | | ✓ | No egregious conduct |
| Oregon | UFP | IPP | | | | | | ✓ | Statute of limitations |
| Rhode Island | UFP | Both | | | ✓ | ✓ | ✓ | ✓ | |

A-3

| State | Antitrust or UFP | DPP or IPP | No Nexus | No Class Actions | Illinois Brick | Non-Actionable Allegations | Improper Market | No Standing | Other |
|---|---|---|---|---|---|---|---|---|---|
| South Carolina | UFP | Both | | ✓ | | | | ✓ | |
| South Dakota | UFP | Both | | | | ✓ | | ✓ | No particularity |
| Utah | UFP | IPP | | | | | | ✓ | |
| Vermont | UFP | Both | | | | | | ✓ | |
| West Virginia | UFP | Both | | | | ✓ | | ✓ | |
| N/A | Unjust Enrichment | IPP | | | | | | | Derivative, received benefit of bargain, and not tailored to specific jurisdiction |

A-4