## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Sky Federal Credit Union, et al.

                        Plaintiff,

v.

Fair Isaac Corporation, et al.

                        Defendant.

Case No.: 1:20–cv–02114
Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 22, 2022:

        MINUTE entry before the Honorable Edmond E. Chang: Gerald Meyer's motion to withdraw as counsel for Plaintiff First Choice Federal Credit Union [155] is granted. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.