# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sky Federal Credit Union, et al.

                        Plaintiff,

v.                                           Case No.: 1:20–cv–02114

                                           Honorable Edmond E. Chang

Fair Isaac Corporation, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 22, 2023:

       MINUTE entry before the Honorable Edmond E. Chang: The dismissal motions [135], [138] remain under advisement. The tracking status hearing of 06/23/2023 is reset to 08/25/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.