**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Sky Federal Credit Union, et al.
Plaintiff,
v.
Fair Isaac Corporation, et al.
Defendant.

Case No.: 1:20−cv−02114
Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 16, 2023:

MINUTE entry before the Honorable Edmond E. Chang: (1.) The Plaintiffs' and FICO's joint motion 186 to enter the agreed ESI order is granted. The order will be posted separately. (2.) On the confidentiality−order dispute (as described in the status report, R. 188), for now the FICO version shall be entered. There is some bemusement arising from the dueling examples of potential problems, because neither side's examples seem likely to happen at all. Having said that, **if** there are careful and reasonable designations rather than over−designations, then the FICO version is the superior one. If over−designation happens, then the Court will adjust the order appropriately (including presumptively revoking designations), specific to the over−designating party or subpoena recipient, so there should be significant incentive to take care in limiting the Highly Confidential designation. Subpoena recipients shall be warned by the subpoena−issuing party of the risks of over−designation. The Court does appreciate that the parties resolved all other disputes. (3.) On the Credit Bureaus' motion 187 to stay discovery, the Plaintiffs (both Direct and Indirect) shall file a single response by 11/20/2023. FICO may file a position statement by 11/20/2023. The Credit Bureaus may file a 7−page reply by 11/30/2023. BUT the Credit Bureaus may be treated as a non−party (an issue referred to in the stay motion) like any other non−party for discovery purposes, starting right now. (4.) On the Rule 12 motions, the Credit Bureaus' 25−page−max motion is due by 12/01/2023. FICO's 25−page−max motion is due by 12/01/2023. The Plaintiffs' separate responses (two total) to the separate motions are due on 01/15/2024, each response limited to 25 pages. The replies (on the separate motions) are due on 02/09/2024, each limited to 15 pages. (5.) The tracking status hearing of 11/17/2023 is reset to 12/08/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). This is to track the stay motion, but the parties may file, but need not, a status report by 12/01/2023 if they wish. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.