# Exhibit A

| From: | Medvene, Catherine <CMedvene@mayerbrown.com> |
|---|---|
| Sent: | Monday, October 16, 2023 6:43 PM |
| To: | Dayton, Lauren; Provance, Matthew D.; Weinstein, Lauren |
| Cc: | Mayer, Mike (EXTERNAL CONTACT); carolyn.gurland@whitecase.com; Milne, Robert (EXTERNAL CONTACT); mtoto@whitecase.com; jpace@whitecase.com; bgant@whitecase.com; dduffy@thompsoncoburn.com; jthorne@kellogghansen.com; lpope@kellogghansen.com; Miller, Britt M.; Deis, Greg; Herbison, J (EXTERNAL CONTACT); amense@thompsoncoburn.com; Michelle Conston; Burke, Christopher; Lv, Kate; Carmen Medici; ML-FICOTeam; Karoomi, Maryana; McGahan, Patrick; hscherrer; Barbara Hart; Loureiro, Raul; FICO Plaintiffs |
| Subject: | RE: In re FICO Antitrust Litigation - schedule/confi/ESI protocol |
| Attachments: | Joint Status Report (Final)(757821913_8).docx; Redline_Joint Status Report (12pm CT version to 5pm CT version).docx; FICO's Exs. A-F.pdf |

Lauren –

Please find attached the finalized joint status report, as well as a redline to the version Matt circulated at noon today. Given that this is a joint status report related to the case schedule, and there is no guidance on the order of each parties' positions, we have left FICO's statement first. In addition, we have attached the exhibits FICO intends to file with the JSR.

Please let us know if we have sign-off to file the joint status report as attached.

Thanks,
Catherine

_____

**Catherine E. Medvene**
*Associate*

Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
T +1 202 263 3126 | M +1 908 472 7026

cmedvene@mayerbrown.com
LinkedIn|Twitter
mayerbrown.com



---

**From:** Dayton, Lauren <ldayton@mololamken.com>
**Sent:** Monday, October 16, 2023 6:13 PM
**To:** Provance, Matthew D. <MProvance@mayerbrown.com>; Weinstein, Lauren <lweinstein@mololamken.com>
**Cc:** Mayer, Mike (EXTERNAL CONTACT) <MMayer@winston.com>; carolyn.gurland@whitecase.com; Milne, Robert (EXTERNAL CONTACT) <rmilne@whitecase.com>; mtoto@whitecase.com; jpace@whitecase.com; bgant@whitecase.com; dduffy@thompsoncoburn.com; jthorne@kellogghansen.com; lpope@kellogghansen.com;

Miller, Britt M. <BMiller@mayerbrown.com>; Deis, Greg <GDeis@mayerbrown.com>; Herbison, J (EXTERNAL CONTACT) <jherbison@winston.com>; amense@thompsoncoburn.com; Michelle Conston <mconston@scott-scott.com>; Burke, Christopher <Cburke@koreintillery.com>; Lv, Kate <KLv@koreintillery.com>; Carmen Medici <cmedici@scott-scott.com>; ML-FICOTeam <ml-ficoteam@mololamken.com>; Karoomi, Maryana <MKaroomi@koreintillery.com>; McGahan, Patrick <pmcgahan@scott-scott.com>; hscherrer <hscherrer@hausfeld.com>; Barbara Hart <bhart@gelaw.com>; Medvene, Catherine <CMedvene@mayerbrown.com>; Loureiro, Raul <RLoureiro@mayerbrown.com>; FICO Plaintiffs <FICOplaintiffs@scott-scott.com>
**Subject:** RE: In re FICO Antitrust Litigation - schedule/confi/ESI protocol

**CAUTION: External Email -** Only click on contents you know are safe.

Matt,

Thank you for your patience. Please find attached the joint report with Plaintiffs' section inserted. The two comments are from Lauren W.

Best,

**Lauren F. Dayton**
MoloLamken LLP
300 N. LaSalle Street
Chicago, IL 60654
T: (212) 607-8176
M: (646) 477-4203

*Admitted in New York. Not admitted in Illinois – practicing under the supervision of Illinois bar members.

---

**From:** Provance, Matthew D. <MProvance@mayerbrown.com>
**Sent:** Monday, October 16, 2023 10:36 AM
**To:** Weinstein, Lauren <lweinstein@mololamken.com>
**Cc:** Mayer, Mike (EXTERNAL CONTACT) <MMayer@winston.com>; carolyn.gurland@whitecase.com; Milne, Robert (EXTERNAL CONTACT) <rmilne@whitecase.com>; mtoto@whitecase.com; jpace@whitecase.com; bgant@whitecase.com; dduffy@thompsoncoburn.com; jthorne@kellogghansen.com; lpope@kellogghansen.com; Miller, Britt M. <BMiller@mayerbrown.com>; Deis, Greg <GDeis@mayerbrown.com>; Herbison, J (EXTERNAL CONTACT) <jherbison@winston.com>; amense@thompsoncoburn.com; Michelle Conston <mconston@scott-scott.com>; Burke, Christopher <Cburke@koreintillery.com>; Lv, Kate <KLv@koreintillery.com>; Carmen Medici <cmedici@scott-scott.com>; FICOTeam <ficoteam@mololamken.com>; Karoomi, Maryana <MKaroomi@koreintillery.com>; McGahan, Patrick <pmcgahan@scott-scott.com>; hscherrer <hscherrer@hausfeld.com>; Barbara Hart <bhart@gelaw.com>; Medvene, Catherine <CMedvene@mayerbrown.com>; Loureiro, Raul <RLoureiro@mayerbrown.com>; FICO Plaintiffs <FICOplaintiffs@scott-scott.com>
**Subject:** RE: In re FICO Antitrust Litigation - schedule/confi/ESI protocol

Yes, we can handle the filing today. Thanks.

---

**Matthew Provance**
*Partner*
Mayer Brown LLP
71 S. Wacker Drive
Chicago, Illinois 60606
T +1 312 701-8598
LinkedIn | Twitter
mayerbrown.com

**From:** Weinstein, Lauren <lweinstein@mololamken.com>
**Sent:** Monday, October 16, 2023 10:34 AM
**To:** Provance, Matthew D. <MProvance@mayerbrown.com>
**Cc:** Mayer, Mike (EXTERNAL CONTACT) <MMayer@winston.com>; carolyn.gurland@whitecase.com; Milne, Robert (EXTERNAL CONTACT) <rmilne@whitecase.com>; mtoto@whitecase.com; jpace@whitecase.com; bgant@whitecase.com; dduffy@thompsoncoburn.com; jthorne@kellogghansen.com; lpope@kellogghansen.com; Miller, Britt M. <BMiller@mayerbrown.com>; Deis, Greg <GDeis@mayerbrown.com>; Herbison, J (EXTERNAL CONTACT) <jherbison@winston.com>; amense@thompsoncoburn.com; Michelle Conston <mconston@scott-scott.com>; Burke, Christopher <Cburke@koreintillery.com>; Lv, Kate <KLv@koreintillery.com>; Carmen Medici <cmedici@scott-scott.com>; FICOTeam <ficoteam@mololamken.com>; Karoomi, Maryana <MKaroomi@koreintillery.com>; McGahan, Patrick <pmcgahan@scott-scott.com>; hscherrer <hscherrer@hausfeld.com>; Barbara Hart <bhart@gelaw.com>; Medvene, Catherine <CMedvene@mayerbrown.com>; Loureiro, Raul <RLoureiro@mayerbrown.com>; FICO Plaintiffs <FICOplaintiffs@scott-scott.com>
**Subject:** Re: In re FICO Antitrust Litigation - schedule/confi/ESI protocol

**CAUTION: External Email -** Only click on contents you know are safe.

Hi Matt,

I'm in a moot right now. I will get back to you soon on the dates but I don't foresee major issues. We are still set for a 12pm CT exchange. Are you able to handle the filing tonight (presuming we get you our final position by 5 CT as planned)?

Lauren

> On Oct 16, 2023, at 11:29 AM, Provance, Matthew D. <MProvance@mayerbrown.com> wrote:
>
> Lauren –
>
> I hope that you had a good weekend. We are following up to determine if the edits to the dates that we proposed below are acceptable, and if Plaintiffs still intend to exchange their 2-page statement about the disputed issues at 12:00 CT. If so, we can drop your section into the joint status report without further edits (other than formatting) and re-circulate along with ours, and that will become the operative version of the draft.
>
> Matt
>
> _____
>
> **Matthew Provance**
> *Partner*
> Mayer Brown LLP
> 71 S. Wacker Drive
> Chicago, Illinois 60606
> T +1 312 701-8598
> LinkedIn | Twitter
> mayerbrown.com
>
> **From:** Provance, Matthew D. <MProvance@mayerbrown.com>
> **Sent:** Friday, October 13, 2023 6:08 PM
> **To:** Weinstein, Lauren <lweinstein@mololamken.com>
> **Cc:** Mayer, Mike (EXTERNAL CONTACT) <MMayer@winston.com>; carolyn.gurland@whitecase.com; Milne, Robert (EXTERNAL CONTACT) <rmilne@whitecase.com>; mtoto@whitecase.com;

jpace@whitecase.com; bgant@whitecase.com; dduffy@thompsoncoburn.com; jthorne@kellogghansen.com; lpope@kellogghansen.com; Miller, Britt M. <BMiller@mayerbrown.com>; Deis, Greg <GDeis@mayerbrown.com>; Herbison, J (EXTERNAL CONTACT) <jherbison@winston.com>; amense@thompsoncoburn.com; jthorne@kellogghansen.com; Michelle Conston <mconston@scott-scott.com>; Burke, Christopher <Cburke@koreintillery.com>; Lv, Kate <KLv@koreintillery.com>; Carmen Medici <cmedici@scott-scott.com>; FICOTeam <ficoteam@mololamken.com>; Karoomi, Maryana <MKaroomi@koreintillery.com>; McGahan, Patrick <pmcgahan@scott-scott.com>; hscherrer <hscherrer@hausfeld.com>; Barbara Hart <bhart@gelaw.com>; Medvene, Catherine <CMedvene@mayerbrown.com>; Loureiro, Raul <RLoureiro@mayerbrown.com>; FICO Plaintiffs <FICOplaintiffs@scott-scott.com>; FICO Plaintiffs <FICOplaintiffs@scott-scott.com>
**Subject:** RE: In re FICO Antitrust Litigation - schedule/confi/ESI protocol

Lauren –

Thank you for the proposed dates. Please see below for a summary of where we stand. We are largely agreed on most dates through the close of fact discovery, subject to a few modest proposed modifications which are reflected in the revised joint status report that is attached. We note, of course, that the parties are agreeing to dates at the outset before written discovery has been served, discovery disputes have been raised and resolved, etc., which may well impact the feasibility of interim dates or the schedule for completing fact discovery at-large. As the case develops we expect that Plaintiffs will be reasonable about the need for extensions should they arise.

As to the issues that are in dispute, we are OK with 2 pages per side and to an exchange of statements by 12:00 CT on Monday, with a final exchange at 5:00 CT. Although we were not able to resolve all disputed issues, we sincerely appreciate the dialogue with your side and will keep the lines of communication open to the extent that we think of ways to narrow or bridge the gap. However, it appears that we are at issue on the items noted.

Thanks,
Matt

| Event | Ps' Proposed Deadline | FICO's Proposed Deadline | New Proposed Deadline | FICO response (10/13 5 pm) |
|---|---|---|---|---|
| Fair Isaac's Answers to the Complaints Due | October 23, 2023 | October 23, 2023 | October 23, 2023 | Agreed |
| Plaintiffs to File Amended Complaints, if Any, as to Dismissed Claims | -- | October 30, 2023 | October 30, 2023 | Agreed |
| Serve Initial Requests for Production and Interrogatories | -- | November 6, 2023 | On or before November 6, 2023 | Agreed<br><br>The JSR has been edited to state that this deadline is for the "Last Day to Serve Initial Requests for Production and Interrogatories" |

| Event | Ps' Proposed Deadline | FICO's Proposed Deadline | New Proposed Deadline | FICO response (10/13 5 pm) |
|---|---|---|---|---|
| Submit proposed ESI Order and Confidentiality Order[1] | -- | November 6, 2023 | November 6, 2023 | Agreed |
| Exchange of Rule 26(a)(1) Disclosures | November 13, 2023 | November 13, 2023 | November 13, 2023 | Agreed |
| Submit proposed Orders regarding Expert Discovery, Deposition Protocol, and Modifications to Discovery Limits[2] | -- | January 16, 2024 | December 15, 2023 | Agreed |
| Substantial Completion of All Document Discovery | May 14, 2024 | July 16, 2024 | June 14, 2024 | Agreed |
| Serve Any Additional Written Discovery Requests[3] | | September 17, 2024 | August 13, 2024 | September 17, 2024<br><br>We propose pushing this back ~1 month to account for any new matters arising during depositions, and have made a clarifying edit to the language in FN 3 |
| Completion of All Fact Discovery | August 14, 2024 | January 15, 2025 | December 20, 2024 | Agreed |
| Expert Reports (consolidated merits and class certification reports) | Opening Reports: October 3, 2024<br><br>Response Reports: November 19, 2024<br><br>Rebuttal Reports: December 19, 2024 | Opening Reports: February 26, 2025<br><br>Response Reports: April 9, 2025<br><br>Rebuttal Reports: May 9, 2025 (class certification only) | Opening Reports: January 31, 2025<br><br>Response Reports: March 14, 2025<br><br>Rebuttal Reports: April 14, 2025 | Our position on this remains unchanged; and we propose minor edits to these dates to avoid Friday deadlines<br><br>Opening Reports: January 30, 2025<br><br>Response Reports: March 13, 2025<br><br>Rebuttal Reports: April 15, 2025 |
| Expert Depositions | February 4, 2025 | June 20, 2025 | May 31, 2025 | May 30, 2025<br><br>5/31/2025 is a Saturday |

| Event | Ps' Proposed Deadline | FICO's Proposed Deadline | New Proposed Deadline | FICO response (10/13 5 pm) |
|---|---|---|---|---|
| Class Certification and Daubert Motions | Motions: March 21, 2025<br><br>Opposition Briefs: May 6, 2025<br><br>Reply Briefs: June 5, 2025 | Motions: July 31, 2025<br><br>Opposition Briefs: September 11, 2025<br><br>Reply Briefs: October 14, 2025 | Motions: July 11, 2025<br><br>Opposition Briefs: August 22, 2025<br><br>Reply Briefs: September 23, 2025 | We propose minor edits to these dates to avoid Friday deadlines<br><br>Motions: July 10, 2025<br><br>Opposition Briefs: August 21, 2025<br><br>Reply Briefs: September 23, 2025 |
| Dispositive Motions[4] | Motions: July 22, 2025<br><br>Opposition Briefs: September 5, 2025<br><br>Reply Briefs: October 7, 2025 | Within 21 days after the Court's ruling on motions for class certification, the parties will meet and confer and submit a proposed schedule for merits expert discovery, dispositive motions, and *Daubert* motions for merits experts | Motions: November 7, 2025<br><br>Opposition Briefs: December 16, 2025<br><br>Reply Briefs: January 23, 2026 | Our position remains that the dispositive motion deadline should be set after class; if deadlines are to be set now, over our objection, we propose minor edits to avoid Friday deadlines and to build an extra week into the parties' reply deadlines to account for Christmas and New Year's<br><br>Motions: November 6, 2025<br>Opposition Briefs: December 18, 2025<br>Reply Briefs: January 27, 2026 |

_____

**Matthew Provance**
*Partner*
Mayer Brown LLP
71 S. Wacker Drive
Chicago, Illinois 60606
T +1 312 701-8598
LinkedIn | Twitter
mayerbrown.com

___

**From:** Weinstein, Lauren <lweinstein@mololamken.com>
**Sent:** Friday, October 13, 2023 4:11 PM
**To:** Provance, Matthew D. <MProvance@mayerbrown.com>
**Cc:** Mayer, Mike (EXTERNAL CONTACT) <MMayer@winston.com>; carolyn.gurland@whitecase.com; Milne, Robert (EXTERNAL CONTACT) <rmilne@whitecase.com>; mtoto@whitecase.com; jpace@whitecase.com; bgant@whitecase.com; dduffy@thompsoncoburn.com;

jthorne@kellogghansen.com; lpope@kellogghansen.com; Miller, Britt M. <BMiller@mayerbrown.com>; Deis, Greg <GDeis@mayerbrown.com>; Herbison, J (EXTERNAL CONTACT) <jherbison@winston.com>; amense@thompsoncoburn.com; jthorne@kellogghansen.com; Michelle Conston <mconston@scott-scott.com>; Burke, Christopher <Cburke@koreintillery.com>; Lv, Kate <KLv@koreintillery.com>; Carmen Medici <cmedici@scott-scott.com>; FICOTeam <ficoteam@mololamken.com>; Karoomi, Maryana <MKaroomi@koreintillery.com>; McGahan, Patrick <pmcgahan@scott-scott.com>; hscherrer <hscherrer@hausfeld.com>; Barbara Hart <bhart@gelaw.com>; Medvene, Catherine <CMedvene@mayerbrown.com>; Loureiro, Raul <RLoureiro@mayerbrown.com>; FICO Plaintiffs <FICOplaintiffs@scott-scott.com>; FICO Plaintiffs <FICOplaintiffs@scott-scott.com>
**Subject:** RE: In re FICO Antitrust Litigation - schedule/confi/ESI protocol

**CAUTION: External Email -** Only click on contents you know are safe.

Hi Matt,

Just following up regarding FICO's position on simultaneous class and merits expert discovery. I am hopeful we will not have a dispute, but, if we do, we need to know soon so that we can prepare our submission for a Monday filing following the parameters we discussed yesterday. Thanks.

Best regards,

Lauren

**Lauren M. Weinstein**



The Watergate, Suite 500
600 New Hampshire Ave., N.W.
Washington, D.C. 20037
T: (202) 556-2018; M: (202) 748-6489
lweinstein@mololamken.com
www.mololamken.com

---

**From:** Weinstein, Lauren <lweinstein@mololamken.com>
**Sent:** Thursday, October 12, 2023 3:31 PM
**To:** Provance, Matthew D. <MProvance@mayerbrown.com>
**Cc:** Mayer, Mike (EXTERNAL CONTACT) <MMayer@winston.com>; carolyn.gurland@whitecase.com; Milne, Robert (EXTERNAL CONTACT) <rmilne@whitecase.com>; mtoto@whitecase.com; jpace@whitecase.com; bgant@whitecase.com; dduffy@thompsoncoburn.com; jthorne@kellogghansen.com; lpope@kellogghansen.com; Miller, Britt M. <BMiller@mayerbrown.com>; Deis, Greg <GDeis@mayerbrown.com>; Herbison, J (EXTERNAL CONTACT) <jherbison@winston.com>; amense@thompsoncoburn.com; jthorne@kellogghansen.com; Michelle Conston <mconston@scott-scott.com>; Burke, Christopher <Cburke@koreintillery.com>; Lv, Kate <KLv@koreintillery.com>; Carmen Medici <cmedici@scott-scott.com>; FICOTeam <ficoteam@mololamken.com>; Karoomi, Maryana <MKaroomi@koreintillery.com>; McGahan, Patrick <pmcgahan@scott-scott.com>; hscherrer <hscherrer@hausfeld.com>; Barbara Hart <bhart@gelaw.com>; Medvene, Catherine <CMedvene@mayerbrown.com>; Loureiro, Raul <RLoureiro@mayerbrown.com>; FICO Plaintiffs <FICOplaintiffs@scott-scott.com>
**Subject:** RE: In re FICO Antitrust Litigation - schedule/confi/ESI protocol

Hi Matt,

Great speaking with you earlier today.  As promised, see attached the authorities we pointed you to regarding our position that class and merits expert discovery should occur simultaneously.  Please advise us of your position as promptly as possible.  We are happy to have another conversation tomorrow if that would be helpful.  We hope we can avoid burdening the Court with this dispute.

We will send you a revised case schedule with new dates where we discussed splitting the difference between what we proposed and what you proposed.  You can expect that either this evening or tomorrow morning.  Thanks.

Best regards,

Lauren

**Lauren M. Weinstein**



The Watergate, Suite 500
600 New Hampshire Ave., N.W.
Washington, D.C. 20037
T: (202) 556-2018;  M: (202) 748-6489
lweinstein@mololamken.com
www.mololamken.com

---

**From:** Provance, Matthew D. <MProvance@mayerbrown.com>
**Sent:** Wednesday, October 11, 2023 9:50 AM
**To:** Weinstein, Lauren <lweinstein@mololamken.com>
**Cc:** Mayer, Mike (EXTERNAL CONTACT) <MMayer@winston.com>; carolyn.gurland@whitecase.com; Milne, Robert (EXTERNAL CONTACT) <rmilne@whitecase.com>; mtoto@whitecase.com; jpace@whitecase.com; bgant@whitecase.com; dduffy@thompsoncoburn.com; jthorne@kellogghansen.com; lpope@kellogghansen.com; Miller, Britt M. <BMiller@mayerbrown.com>; Deis, Greg <GDeis@mayerbrown.com>; Herbison, J (EXTERNAL CONTACT) <jherbison@winston.com>; amense@thompsoncoburn.com; jthorne@kellogghansen.com; Michelle Conston <mconston@scott-scott.com>; Burke, Christopher <Cburke@koreintillery.com>; Lv, Kate <KLv@koreintillery.com>; Carmen Medici <cmedici@scott-scott.com>; FICOTeam <ficoteam@mololamken.com>; Karoomi, Maryana <MKaroomi@koreintillery.com>; McGahan, Patrick <pmcgahan@scott-scott.com>; hscherrer <hscherrer@hausfeld.com>; Barbara Hart <bhart@gelaw.com>; Medvene, Catherine <CMedvene@mayerbrown.com>; Loureiro, Raul <RLoureiro@mayerbrown.com>
**Subject:** RE: In re FICO Antitrust Litigation - schedule/confi/ESI protocol

Lauren –

Yes, that is our position, and we believe it is consistent with how the majority of courts in this district have approached expert discovery in antitrust class actions.  With that said we are of course willing to listen in good faith to plaintiffs' rationale for why they believe class and merits expert discovery should be combined.

Thanks,
Matt

_____

**Matthew Provance**
*Partner*
Mayer Brown LLP

71 S. Wacker Drive
Chicago, Illinois 60606
T +1 312 701-8598
LinkedIn | Twitter
mayerbrown.com

---

**From:** Weinstein, Lauren <lweinstein@mololamken.com>
**Sent:** Wednesday, October 11, 2023 6:35 AM
**To:** Provance, Matthew D. <MProvance@mayerbrown.com>
**Cc:** Mayer, Mike (EXTERNAL CONTACT) <MMayer@winston.com>; carolyn.gurland@whitecase.com; Milne, Robert (EXTERNAL CONTACT) <rmilne@whitecase.com>; mtoto@whitecase.com; jpace@whitecase.com; bgant@whitecase.com; dduffy@thompsoncoburn.com; jthorne@kellogghansen.com; lpope@kellogghansen.com; Miller, Britt M. <BMiller@mayerbrown.com>; Deis, Greg <GDeis@mayerbrown.com>; Herbison, J (EXTERNAL CONTACT) <jherbison@winston.com>; amense@thompsoncoburn.com; jthorne@kellogghansen.com; Michelle Conston <mconston@scott-scott.com>; Burke, Christopher <Cburke@koreintillery.com>; Lv, Kate <KLv@koreintillery.com>; Carmen Medici <cmedici@scott-scott.com>; FICOTeam <ficoteam@mololamken.com>; Karoomi, Maryana <MKaroomi@koreintillery.com>; McGahan, Patrick <pmcgahan@scott-scott.com>; hscherrer <hscherrer@hausfeld.com>; Barbara Hart <bhart@gelaw.com>; Medvene, Catherine <CMedvene@mayerbrown.com>; Loureiro, Raul <RLoureiro@mayerbrown.com>
**Subject:** RE: In re FICO Antitrust Litigation - schedule/confi/ESI protocol

**CAUTION: External Email -** Only click on contents you know are safe.

Matt,

It was good speaking with you today. Apologies, again, for leaving you off the email. I'll make sure to copy you and your colleagues moving forward. I agree it makes sense to create a distribution list in due course. We are glad to handle that.

We are reviewing your proposed revisions and will get back to you promptly. To clarify, is it Fair Isaac's position that class and merits expert discovery should not be consolidated? That is what we had proposed as noted in our chart. While you did not strike-through that proposal, your note at the end suggests that is your position. Please let us know. Thanks.

Best regards,

Lauren

**Lauren M. Weinstein**
<image002.jpg>
The Watergate, Suite 500
600 New Hampshire Ave., N.W.
Washington, D.C. 20037
T: (202) 556-2018; M: (202) 748-6489
lweinstein@mololamken.com
www.mololamken.com

---

**From:** Provance, Matthew D. <MProvance@mayerbrown.com>
**Sent:** Tuesday, October 10, 2023 7:21 PM
**To:** Weinstein, Lauren <lweinstein@mololamken.com>
**Cc:** Mayer, Mike (EXTERNAL CONTACT) <MMayer@winston.com>; carolyn.gurland@whitecase.com; Milne, Robert (EXTERNAL CONTACT) <rmilne@whitecase.com>; mtoto@whitecase.com; jpace@whitecase.com; bgant@whitecase.com; dduffy@thompsoncoburn.com;

jthorne@kellogghansen.com; lpope@kellogghansen.com; Miller, Britt M. <BMiller@mayerbrown.com>; Deis, Greg <GDeis@mayerbrown.com>; Herbison, J (EXTERNAL CONTACT) <jherbison@winston.com>; amense@thompsoncoburn.com; jthorne@kellogghansen.com; Michelle Conston <mconston@scott-scott.com>; Burke, Christopher <Cburke@koreintillery.com>; Lv, Kate <KLv@koreintillery.com>; Carmen Medici <cmedici@scott-scott.com>; FICOTeam <ficoteam@mololamken.com>; Karoomi, Maryana <MKaroomi@koreintillery.com>; McGahan, Patrick <pmcgahan@scott-scott.com>; hscherrer <hscherrer@hausfeld.com>; Barbara Hart <bhart@gelaw.com>; Medvene, Catherine <CMedvene@mayerbrown.com>; Loureiro, Raul <RLoureiro@mayerbrown.com>
**Subject:** RE: In re FICO Antitrust Litigation - schedule/confi/ESI protocol

Lauren -

Thanks for speaking with me today, and thank you for circulating a proposed schedule. Please copy me on future correspondence as well as Catherine Medvene, and Raul Loureiro (both copied here) and the Mayer Brown attorneys that you included on your message below. Going forward I'm sure that we can explore the use of a service list for case-related correspondence.

FICO's counter-proposal is noted below, presented next to plaintiffs' dates. Where we have changed any of the text describing case events, we have noted that in red. We're happy to discuss our thinking behind the modifications that we are proposing. We are generally available tomorrow between 2:00 and 4:00 and on Thursday morning (all times CT) to meet and confer. I'm also open to conferring about this with you directly, if your side is open to that approach. Let us know.

| Event | Plaintiffs' Proposed Deadline | FICO's Proposed Deadline |
| --- | --- | --- |
| Fair Isaac's Answers to the Complaints Due | October 23, 2023 | October 23, 2023 |
| Plaintiffs to File Amended Complaints, if Any, as to Dismissed Claims | -- | October 30, 2023 |
| Serve Initial Requests for Production and Interrogatories | -- | November 6, 2023 |
| Submit proposed ESI Order and Confidentiality Order[1] | -- | November 6, 2023 |
| Exchange of Rule 26(a)(1) Disclosures | November 13, 2023 | November 13, 2023 |
| Submit proposed Orders regarding Expert Discovery, Deposition Protocol, and Modifications to Discovery Limits[2] | -- | January 16, 2024 |

| Event | Plaintiffs' Proposed Deadline | FICO's Proposed Deadline |
|---|---|---|
| <u>Substantial</u> Completion of All Document Discovery | May 14, 2024 | July 16, 2024 |
| Serve Any Additional Written Discovery Requests[3] | -- | September 17, 2024 |
| Completion of All Fact Discovery | August 14, 2024 | January 15, 2025 |
| Expert Reports (consolidated merits and class certification reports) | Opening Reports: October 3, 2024<br>Response Reports: November 19, 2024<br>Rebuttal Reports: December 19, 2024 | Opening Reports: February 26, 2025<br>Response Reports: April 9, 2025<br>Rebuttal Reports: May 9, 2025<br>(class certification only) |
| Expert Depositions | February 4, 2025 | June 20, 2025 |
| Class Certification and Daubert Motions | Motions: March 21, 2025<br>Opposition Briefs: May 6, 2025<br>Reply Briefs: June 5, 2025 | Motions: July 31, 2025<br>Opposition Briefs: September 11, 2025<br>Reply Briefs: October 14, 2025 |
| Dispositive Motions[4] | Motions: July 22, 2025<br>Opposition Briefs: September 5, 2025<br>Reply Briefs: October 7, 2025 | Within 21 days after the Court's ruling on motions for class certification, the parties will meet and confer and submit a proposed schedule for merits expert discovery, dispositive motions, and *Daubert* motions for merits experts |

[1] - If the proposed orders are not agreed, the parties may submit a joint status report identifying the areas of disagreement and briefly outlining their positions, with each side's proposal attached as an exhibit.
[2] - See note 1, *supra*.

[3] - Additional requests for production and interrogatories not previously served must be based on relevant matters that were not reasonably anticipated by the requesting party at the time that written discovery commenced.

[4] - The Parties will meet and confer regarding a schedule for an early motion for summary judgment should Fair Isaac ~~believe that it has grounds for~~ intend to bring such a motion ~~after the completion of document discovery~~.

_____

**Matthew Provance**
*Partner*
Mayer Brown LLP
71 S. Wacker Drive
Chicago, Illinois 60606
T +1 312 701-8598
LinkedIn | Twitter
mayerbrown.com

---

**From:** Weinstein, Lauren <lweinstein@mololamken.com>
**Sent:** Friday, October 6, 2023 2:39 PM
**To:** Mayer, Mike (EXTERNAL CONTACT) <MMayer@winston.com>; carolyn.gurland@whitecase.com; Milne, Robert (EXTERNAL CONTACT) <rmilne@whitecase.com>; mtoto@whitecase.com; jpace@whitecase.com; bgant@whitecase.com; dduffy@thompsoncoburn.com; jthorne@kellogghansen.com; lpope@kellogghansen.com; Miller, Britt M. <BMiller@mayerbrown.com>; Deis, Greg <GDeis@mayerbrown.com>; Herbison, J (EXTERNAL CONTACT) <jherbison@winston.com>; amense@thompsoncoburn.com; jthorne@kellogghansen.com
**Cc:** Michelle Conston <mconston@scott-scott.com>; Burke, Christopher <Cburke@koreintillery.com>; Lv, Kate <KLv@koreintillery.com>; Carmen Medici <cmedici@scott-scott.com>; FICOTeam <ficoteam@mololamken.com>; Karoomi, Maryana <MKaroomi@koreintillery.com>; McGahan, Patrick <pmcgahan@scott-scott.com>; hscherrer <hscherrer@hausfeld.com>; Barbara Hart <bhart@gelaw.com>
**Subject:** In re FICO Antitrust Litigation - schedule/confi/ESI protocol

**CAUTION: External Email -** Only click on contents you know are safe.

Counsel,

Long time no talk. I'm writing pursuant to Judge Chang's Order entered on September 28, 2023. As you are aware, the parties were ordered to file a joint status report proposing discovery, certification-motion, and dispositive-motion deadlines by October 16. Please see attached a draft proposed schedule for consideration. Please advise when you are available to meet and confer Tuesday, Wednesday, or Thursday next week regarding the schedule.

As you may recall, last Fall we had been negotiating a confidentiality order and ESI protocol. As reflected in the attached email, Defendants agreed to the terms of the ESI protocol. I believe that is ready to be submitted to the Court.

We are close on the Confidentiality Order, though Sections 6(b)(9) and 6(c)(7) remain under discussion. To refresh your recollection, I attach Plaintiff's further edits circulated on 10/20/2022 to Defendants' edits dated 10/14/2022. Please advise whether Defendants will reconsider and accept Plaintiffs' proposed language, or if you have thought of a different solution. We would like to avoid burdening the Court from with this issue if possible. Please advise if you would like to meet and confer about the confidentiality order when we discuss the schedule.

Finally, I recognize there may have been staffing changes since last spoke. My apologies if I missed anyone who should be included on this chain.

Best regards,

Lauren

**Lauren M. Weinstein**
<image001.jpg>
The Watergate, Suite 500
600 New Hampshire Ave., N.W.
Washington, D.C. 20037
T: (202) 556-2018;  M: (202) 748-6489
lweinstein@mololamken.com
www.mololamken.com

This e-mail may contain attorney work product, privileged and/or confidential information. It is intended to be subject to the Attorney Client privilege. It is intended only for the original recipients, and no other person is authorized to receive it. Please do not copy or forward this e-mail without the consent of the author. If you have received this e-mail in error please delete it immediately from your system and contact the author. Molo Lamken LLP is a limited liability partnership formed under the laws of New York and the liability of its partners is limited accordingly. The names Molo Lamken and MoloLamken shall refer to Molo Lamken LLP.

This email has been scanned for viruses and malware.

_____
This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information and our use of relationship insight tools in conjunction with email is available in our Privacy Notice.

# Exhibit B

| From: | Weinstein, Lauren |
|---|---|
| Sent: | Wednesday, October 11, 2023 12:19 PM |
| To: | Provance, Matthew D. |
| Cc: | Mayer, Mike (EXTERNAL CONTACT); carolyn.gurland@whitecase.com; Milne, Robert (EXTERNAL CONTACT); mtoto@whitecase.com; jpace@whitecase.com; bgant@whitecase.com; dduffy@thompsoncoburn.com; jthorne@kellogghansen.com; lpope@kellogghansen.com; Miller, Britt M.; Deis, Greg; Herbison, J (EXTERNAL CONTACT); amense@thompsoncoburn.com; jthorne@kellogghansen.com; Michelle Conston; Burke, Christopher; Lv, Kate; Carmen Medici; FICOTeam; Karoomi, Maryana; McGahan, Patrick; hscherrer; Barbara Hart; Medvene, Catherine; Loureiro, Raul |
| Subject: | RE: In re FICO Antitrust Litigation - schedule/confi/ESI protocol |

Matt,

We will be happy to explain our thinking during a meet and confer. Let's plan on 10am CT on Thursday, which I believe works for you. Chris Burke and I will be on for plaintiffs. Do you mind sending an invitation? Thanks.

Best regards,

Lauren

**Lauren M. Weinstein**



The Watergate, Suite 500
600 New Hampshire Ave., N.W.
Washington, D.C. 20037
T: (202) 556-2018;  M: (202) 748-6489
lweinstein@mololamken.com
www.mololamken.com

---

**From:** Provance, Matthew D. <MProvance@mayerbrown.com>
**Sent:** Wednesday, October 11, 2023 9:50 AM
**To:** Weinstein, Lauren <lweinstein@mololamken.com>
**Cc:** Mayer, Mike (EXTERNAL CONTACT) <MMayer@winston.com>; carolyn.gurland@whitecase.com; Milne, Robert (EXTERNAL CONTACT) <rmilne@whitecase.com>; mtoto@whitecase.com; jpace@whitecase.com; bgant@whitecase.com; dduffy@thompsoncoburn.com; jthorne@kellogghansen.com; lpope@kellogghansen.com; Miller, Britt M. <BMiller@mayerbrown.com>; Deis, Greg <GDeis@mayerbrown.com>; Herbison, J (EXTERNAL CONTACT) <jherbison@winston.com>; amense@thompsoncoburn.com; jthorne@kellogghansen.com; Michelle Conston <mconston@scott-scott.com>; Burke, Christopher <Cburke@koreintillery.com>; Lv, Kate <KLv@koreintillery.com>; Carmen Medici <cmedici@scott-scott.com>; FICOTeam <ficoteam@mololamken.com>; Karoomi, Maryana <MKaroomi@koreintillery.com>; McGahan, Patrick <pmcgahan@scott-scott.com>; hscherrer <hscherrer@hausfeld.com>; Barbara Hart <bhart@gelaw.com>; Medvene, Catherine <CMedvene@mayerbrown.com>; Loureiro, Raul <RLoureiro@mayerbrown.com>
**Subject:** RE: In re FICO Antitrust Litigation - schedule/confi/ESI protocol

Lauren –

Yes, that is our position, and we believe it is consistent with how the majority of courts in this district have approached

# Exhibit C

| | |
|---|---|
| **From:** | Dayton, Lauren |
| **Sent:** | Friday, October 13, 2023 11:47 AM |
| **To:** | Provance, Matthew D. |
| **Cc:** | Mayer, Mike (EXTERNAL CONTACT); carolyn.gurland@whitecase.com; Weinstein, Lauren; Milne, Robert (EXTERNAL CONTACT); mtoto@whitecase.com; jpace@whitecase.com; bgant@whitecase.com; dduffy@thompsoncoburn.com; jthorne@kellogghansen.com; lpope@kellogghansen.com; Miller, Britt M.; Deis, Greg; Herbison, J (EXTERNAL CONTACT); amense@thompsoncoburn.com; jthorne@kellogghansen.com; Michelle Conston; Burke, Christopher; Lv, Kate; Carmen Medici; FICOTeam; Karoomi, Maryana; McGahan, Patrick; hscherrer; Barbara Hart; Medvene, Catherine; Loureiro, Raul; FICO Plaintiffs |
| **Subject:** | RE: In re FICO Antitrust Litigation - schedule/confi/ESI protocol |
| **Attachments:** | 2023-10-16 FICO Joint Proposed Schedule.docx |

Matt,

Please find attached the revised case schedule with new dates that Lauren W. referenced in her email below.

Best,

**Lauren F. Dayton**
MoloLamken LLP
300 N. LaSalle Street
Chicago, IL 60654
T: (212) 607-8176
M: (646) 477-4203

*Admitted in New York. Not admitted in Illinois – practicing under the supervision of Illinois bar members.

**From:** Weinstein, Lauren <lweinstein@mololamken.com>
**Sent:** Thursday, October 12, 2023 2:31 PM
**To:** Provance, Matthew D. <MProvance@mayerbrown.com>
**Cc:** Mayer, Mike (EXTERNAL CONTACT) <MMayer@winston.com>; carolyn.gurland@whitecase.com; Milne, Robert (EXTERNAL CONTACT) <rmilne@whitecase.com>; mtoto@whitecase.com; jpace@whitecase.com; bgant@whitecase.com; dduffy@thompsoncoburn.com; jthorne@kellogghansen.com; lpope@kellogghansen.com; Miller, Britt M. <BMiller@mayerbrown.com>; Deis, Greg <GDeis@mayerbrown.com>; Herbison, J (EXTERNAL CONTACT) <jherbison@winston.com>; amense@thompsoncoburn.com; jthorne@kellogghansen.com; Michelle Conston <mconston@scott-scott.com>; Burke, Christopher <Cburke@koreintillery.com>; Lv, Kate <KLv@koreintillery.com>; Carmen Medici <cmedici@scott-scott.com>; FICOTeam <ficoteam@mololamken.com>; Karoomi, Maryana <MKaroomi@koreintillery.com>; McGahan, Patrick <pmcgahan@scott-scott.com>; hscherrer <hscherrer@hausfeld.com>; Barbara Hart <bhart@gelaw.com>; Medvene, Catherine <CMedvene@mayerbrown.com>; Loureiro, Raul <RLoureiro@mayerbrown.com>; FICO Plaintiffs <FICOplaintiffs@scott-scott.com>
**Subject:** RE: In re FICO Antitrust Litigation - schedule/confi/ESI protocol

Hi Matt,

Great speaking with you earlier today. As promised, see attached the authorities we pointed you to regarding our position that class and merits expert discovery should occur simultaneously. Please advise us of your position as