**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: FICO ANTITRUST LITIGATION RELATED CASES | Case No. 1:20-CV-02114 |
| *This document relates to:*<br><br>ALL ACTIONS | Hon. Edmond E. Chang<br>Magistrate Judge David E. Weisman |

**THE CREDIT BUREAUS' MOTION TO DISMISS
PLAINTIFFS' AMENDED CLASS ACTION COMPLAINTS**

Pursuant to the Court's November 16, 2023 Minute Entry (Dkt. 198) and Federal Rule of Civil Procedure 12(b)(6), Defendants Experian Information Solutions, Inc., Equifax, Inc., and TransUnion, LLC (collectively, the "Credit Bureaus" or the "Bureaus") hereby move to dismiss all claims asserted against them in the Direct Purchaser Plaintiffs' First Amended Consolidated Class Action Complaint (Dkt. 184) and the Indirect Purchaser Plaintiffs' Second Amended Class Action Complaint (Dkt. 185) (collectively, the "Amended Complaints"). In support of its Motion, the Bureaus separately submit and incorporate by reference herein:

1. The Credit Bureaus' Memorandum of Law in Support of Their Motion to Dismiss Plaintiffs' Amended Class Action Complaints;

2. The Credit Bureaus' Motion to Dismiss Plaintiffs' Class Action Complaints (Dkt. 135); and

3. The Credit Bureaus' Reply in Support of Their Motion to Dismiss Plaintiffs' Class Action Complaints (Dkt. 148).

1

As demonstrated in the foregoing, Plaintiffs have not adequately pled a viable cause of action against the Credit Bureaus, and all claims asserted against the Credit Bureaus in the Amended Complaints should be dismissed with prejudice.

WHEREFORE, the Credit Bureaus respectfully request that the Court enter an Order dismissing with prejudice all claims in the Amended Complaints with respect to the Credit Bureaus.

| | |
|---|---|
| Dated: December 1, 2023 | Respectfully submitted, |
| */s/ Leslie Pope* | */s/ Carolyn P. Gurland* |
| Leslie Pope (*pro hac vice*) | Carolyn Pelling Gurland, #6274399 |
| John Thorne, #6181458 | WHITE & CASE LLP |
| KELLOGG, HANSEN, TODD, FIGEL | 111 South Wacker Drive |
| & FREDERICK, P.L.L.C. | Suite 5100 |
| 1615 M Street NW | Chicago, IL 60606 |
| Suite 400 | Tel: (312) 881-5400 |
| Washington, D.C. 20036 | carolyn.gurland@whitecase.com |
| Tel: (202) 326-7900 | |
| jthorne@kellogghansen.com | Robert A. Milne (*pro hac vice*) |
| lpope@kellogghansen.com | Martin M. Toto (*pro hac vice*) |
| | Jack E. Pace III (*pro hac vice*) |
| J. David Duffy, #6242374 | Bryan D. Gant (*pro hac vice*) |
| THOMPSON COBURN LLP | WHITE & CASE LLP |
| 55 East Monroe Street, 37th Floor | 1221 Avenue of the Americas |
| Chicago, Illinois 60603 | New York, NY 10020-1095 |
| Tel: (312) 346-7500 | Tel: (212) 819 8200 |
| dduffy@thompsoncoburn.com | rmilne@whitecase.com |
| | mtoto@whitecase.com |
| | jpace@whitecase.com |
| *Counsel for Defendant TransUnion, LLC* | bgant@whitecase.com |
| | *Counsel for Defendant Experian Information Solutions, Inc.* |

*/s/ James F. Herbison*
James F. Herbison, #6275116
Michael P. Mayer, #6272677
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-5600
jherbiso@winston.com
mmayer@winston.com

*Counsel for Defendant Equifax Inc.*