**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE FICO ANTITRUST LITIGATION | Judge Edmond E. Chang |
| This Document Relates to: | Magistrate Judge David E. Weisman |
| DIRECT PURCHASER ACTIONS | No. 1: 20-CV-02114 |

**[UNOPPOSED] MOTION TO DROP HOLMES COUNTY BANK**
**AS A NAMED PLAINTIFF**

Pursuant to Federal Rule of Civil Procedure 21, Plaintiff Holmes County Bank, by and through its undersigned counsel, respectfully requests to be dropped as a named plaintiff in this action. Plaintiffs have consulted with Defendants Fair Isaac Corporation, Equifax, Inc., Experian Information Solutions, Inc., and TransUnion, LLC, and all Defendants have indicated that they do not oppose this motion. Plaintiff Holmes County Bank reserves its right to recover as an absent class member should the remaining named plaintiffs prevail in this action but would have no active role in the ongoing litigation if the instant motion is granted. None of the other named plaintiffs, whether direct or indirect purchaser, object to this motion.

Pursuant to Federal Rule of Civil Procedure 21, "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party." Dropping a party under Rule 21 as a named plaintiff in a class action "is the appropriate and just approach if [the party] does not wish to represent the class." *In re Neopharm, Inc. Sec. Litig.*, 2004 WL 742084, at *1 (N.D. Ill. Apr. 7, 2004); *see also Org. of Minority Vendors, Inc. v. Ill. Cent.-Gulf R.R.*, 1987 WL 8997, at *1

(N.D. Ill.1987) ("Absent a good reason . . . a plaintiff should not be compelled to litigate if it doesn't wish to.").

| | |
|---|---|
| Dated: March 7, 2024 | Respectfully submitted,<br><br>By: */s/ Brian M. Hogan*<br>Brian M. Hogan<br>**DICELLO LEVITT LLP**<br>Ten North Dearborn Street, Sixth Floor<br>Chicago, Illinois 60602<br>(312) 214-7900<br>bhogan@dicellolevitt.com<br><br>Gregory S. Asciolla (admitted *pro hac vice*)<br>Karin E. Garvey (admitted *pro hac vice*)<br>John M. Shaw (admitted *pro hac vice*)<br>**DICELLO LEVITT LLP**<br>485 Lexington Avenue, Suite 1001<br>New York, NY 10017<br>(646) 933-1000<br>gasciolla@dicellolevitt.com<br>kgarvey@dicellolevitt.com<br>jshaw@dicellolevitt.com<br><br>*Counsel for Holmes County Bank* |