# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| IN RE FICO ANTITRUST LITIGATION | ) | Judge Edmond E. Chang |
|  | ) | Magistrate Judge David E. Weisman |
| This Document Relates to the Following Cases: | ) | No. 1:20-CV-02114 |
| DIRECT PURCHASER and INDIRECT PURCHASER CASES | ) | |

**DIRECT PURCHASER AND INDIRECT PURCHASER PLAINTIFFS'**
**JOINT FIRST INTERROGATORIES**
**TO DEFENDANT FAIR ISAAC CORPORATION**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, the Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs (collectively, "Plaintiffs"), by and through their respective attorneys, request that Defendant Fair Isaac Corporation provide responses to the following Interrogatories within 30 days after service hereof.

**DEFINITIONS**

The definitions, instructions, words, and phrases used in these Interrogatories shall have the meanings ascribed to them under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of Illinois. The definitions referenced herein apply without regard to capitalization. In addition, the following terms shall have the meanings set forth below whenever used in any Interrogatory.

1. The "Action" means *In re FICO Antitrust Litigation*, Case Number 1:20-cv-02114 (N.D. Ill.).

2. "All," "any," and "each" shall be construed as encompassing "any and all."

3.     "Agreement" means any oral, written, or implied contract, arrangement, understanding, or plan, or term thereof, whether formal or informal, between two or more persons, together with all modifications or amendment.

4.     "B2B Credit Score" means credit scores sold by Fair Isaac, Experian, Equifax, TransUnion, or any other consumer reporting company, to any business for the assessment of credit risk.  For the purposes of this definition only, "business" includes all entities other than individual consumers.  "B2B Credit Score" includes both FICO Scores and VantageScores.

5.     "B2B Credit Score Market" means the market for B2B Credit Scores.

6.     "Competitor Credit Score Product" means any non-FICO credit score, including VantageScore.

7.     "Complaints" means the DP Complaint and the IP Complaint, collectively.

8.     "DP Complaint" means the Direct Purchaser Plaintiffs' First Amended Consolidated Class Action Complaint, Dkt. 184, filed in this Action.

9.     "Document" is defined to be synonymous with the broadest possible meaning of the term as used in Federal Rule of Civil Procedure 34 and includes, without limitation, electronically or physically stored information and communications, as well as any writings, diagrams, or recordings.  A draft or non-identical copy is a separate document within the meaning of this term.

10.     "Electronically stored information" or "ESI" is defined to be synonymous with the broadest possible meaning of the term "electronically stored information," as used in Federal Rules of Civil Procedure 26 and 34.

11.     "Equifax" means Equifax Inc. and its predecessor and successor entities, officers, directors, parents, subsidiaries (whether direct or indirect), affiliates, employees, agents, attorneys,

representatives, independent contractors, joint ventures, or other persons acting or authorized to act on its behalf.

12.     "Experian" means Experian Information Solutions, Inc. and its predecessor and successor entities, officers, directors, parents, subsidiaries (whether direct or indirect), affiliates, employees, agents, attorneys, representatives, independent contractors, joint ventures, or other persons acting or authorized to act on its behalf.

13.     "Identify" requires the following information:

a.      When asked to "identify" or to specify the "identity" of a natural Person, give, to the extent known, the Person's full name, present or last known place of employment, and title;

b.      When asked to "identify" or to specify the "identity" of a natural Person who is a past or present director, officer, employee, agent, or representative of You, in addition to the information set forth above, also specify all positions or employments that Person held with You, and the dates between which that Person held each position or employment;

c.      When asked to "identify" or to specify the "identity" of an entity that is not a natural Person, specify its full name, its principal place of business, and the identity of all natural Persons employed by or acting for it at any time who have knowledge of the matter with respect to which the entity is identified; and

d.      When asked to "identify" or to specify the "identity" of a Document, produce the Document for inspection and copying and identify the relevant Bates number or range.

14.     "Including" means "including without limitation" and "including but not limited to" and should not be construed as limiting the request in any way.

15.     "IP Complaint" means the Indirect Purchaser Plaintiffs' Second Amended Class Action Complaint, Dkt. 185, filed in this Action.

16.     Proposed Agreement" means any Agreement or term thereof that Fair Isaac, Equifax, Experian, or TransUnion has offered, requested, or otherwise proposed, including any expressions of interest or intent to enter into an Agreement.

17.     "Relating to" means concerning, connecting to, referring to, describing, evidencing, constituting, or bearing any kind of relationship with.

18.      "TransUnion" means TransUnion, LLC and its predecessor and successor entities, officers, directors, parents, subsidiaries (whether direct or indirect), affiliates, employees, agents, attorneys, representatives, independent contractors, joint ventures, or other persons acting or authorized to act on its behalf.

19.     "TransUnion Litigation" refers to the lawsuit filed by Fair Isaac against TransUnion and the counterclaims filed by TransUnion against Fair Isaac, Case Number 1:17-cv-08318 (N.D. Ill.).

20.     "VantageScore" means the credit score product created and sold by VantageScore Solutions.

21.     "VantageScore Solutions" means VantageScore Solutions LLC.

22.     "VantageScore Solutions Litigation" refers to the lawsuit filed by Fair Isaac against Experian, Equifax, and TransUnion relating to VantageScore Solutions, Case Number 06-cv-4112 (D. Minn.).

23.     "You," "Yours," or "Fair Isaac" means Fair Isaac Corporation and its predecessor and successor entities, officers, directors, parents, subsidiaries (whether direct or indirect), affiliates, employees, agents, attorneys, representatives, independent contractors, joint ventures, or other persons acting or authorized to act on its behalf.

## INSTRUCTIONS

1.      The singular form of any word includes the plural and vice versa.

2.      The terms defined above and in the individual Interrogatories are to be construed broadly to the fullest extent of their meaning in a good faith effort to comply with the Federal Rules of Civil Procedure.  If, in responding to any of these Interrogatories, You encounter any ambiguity in construing either the Interrogatory or a definition or instruction relevant to it, You shall set forth the matter deemed ambiguous and the construction used in responding to the Interrogatory.

3.      If You contend that the information sought is not in Your control, indicate the company and individuals who have such control.

4.      If any information is withheld, in whole or in part, for any reason, including any claim of privilege of any kind, work-product protection, trade secret, or confidentiality, You shall provide with respect to each such Document all information required to be furnished by Federal Rule of Civil Procedure 26(b)(5) or any other Court Order in this Action.

5.      Unless otherwise specified, the relevant time period is January 1, 2006, until the present.

6.      These Interrogatories are deemed to be continuing pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.  If You, after responding, discover or acquire additional

information, Plaintiffs request that You supplement Your response in accordance with the Federal Rules of Civil Procedure promptly after You discover or acquire such additional information.

## INTERROGATORIES

### INTERROGATORY NO. 1

Identify and define every phrase, word, or other term, including any abbreviations, idioms, technical lingo, slang terms, expressions, root words, or code words, that You used to refer to B2B Credit Scores, the B2B Credit Score Market, FICO Scores, VantageScore Solutions, VantageScores, Experian, Equifax, TransUnion, or the "Dynamic Royalty," "No Equivalent Products," or "Level Playing Field" provisions, or the Pre-Qualification royalty category, as those terms are used in the Complaints.

### INTERROGATORY NO. 2

Identify all agreements, including settlement agreements; contracts; and amendments to agreements or contracts with Experian, Equifax, and TransUnion concerning Fair Isaac's selling or supplying FICO scores to Experian, Equifax, and TransUnion, from the relevant time period to the present.

### INTERROGATORY NO. 3

Identify all persons who conceived, drafted, offered, negotiated, approved, or executed any agreement, contract, or amendment to agreements or contracts described in Interrogatory No. 2, including the operative licensing agreements with Experian, Equifax, and TransUnion and/or those containing the "Dynamic Royalty," "No Equivalent Products," or "Level Playing Field" provisions, as those terms are used in the Complaints.

**INTERROGATORY NO. 4**

Identify the contractual, economic, or other bases for the increases or adjustments for all price increases or adjustments, or increases or adjustments in royalties, margin, profit shares, or any other measure of value, relating to FICO Scores.

**INTERROGATORY NO. 5**

For each negotiation process listed below, identify the five current or former employees who are most knowledgeable about such negotiations, and also identify those employees' counterparts at the respective Credit Bureau You believe have the most knowledge of such negotiations based on Your participation in such negotiations:

a)      Negotiations of the "Analytic and Data License Agreement" ("ADLA") between Fair Isaac and TransUnion described in paragraph 108 through 117 and elsewhere in the DP Complaint (Dkt. 184) and paragraphs 120 through 130, and elsewhere in the IP Complaint (Dkt. 185), and all predecessor and successor Agreements to the ADLA.

b)      Negotiations of the Agreement between Fair Isaac and Equifax containing "terms that are similar to the terms agreed to by TransUnion in the ADLA" described in paragraph 108 through 117 and elsewhere in the DP Complaint (Dkt. 184) and paragraphs 120 through 130, and elsewhere in the IP Complaint (Dkt. 185), and all predecessor and successor Agreements.

c)      Negotiations of the Agreement between Fair Isaac and Experian containing "terms that are similar to the terms agreed to by TransUnion in the ADLA" described in paragraph 108 through 117 and elsewhere in the DP Complaint (Dkt. 184) and paragraphs 120 through 130, and elsewhere in the IP Complaint (Dkt. 185), and all predecessor and successor Agreements.

d)      Negotiations of the TransUnion Canada licensing agreement described in paragraphs 99 and 139 and elsewhere in the DP Complaint (Dkt. 184) and paragraphs 113 and 153, and elsewhere in the IP Complaint (Dkt. 185), and all successor agreements.

e)      Negotiations of the "rev share" Agreement between Fair Isaac and Equifax described in paragraph 110 of the DP Complaint and paragraph 123 of the IP Complaint and all predecessor and successor Agreements.

f)      Negotiations of the "rev share" Agreement between Fair Isaac and Experian described in paragraph 110 of the DP Complaint and paragraph 123 of the IP Complaint and all predecessor and successor Agreements.

g)      Negotiations of any "rev share" Agreement between Fair Isaac and TransUnion similar to the ones described in paragraph 110 of the DP Complaint and paragraph 123 of the IP Complaint and all predecessor and successor Agreements.

**INTERROGATORY NO. 6**

For each topic listed below, identify the five current or former Fair Isaac employees who are most knowledgeable about such topic during the relevant period:

a)      The decision to initiate the VantageScore litigation;

b)      Lobbying efforts against VantageScore, including but not limited to, in connection with allowing VantageScore to be used by Fannie Mae or Freddie Mac;

c)      Analysis of the FICO Score's market share, including how Fair Isaac arrives at figures for FICO's market share, both domestically by state and internationally by country; and

d)      Fair Isaac's domestic competition analysis and strategy analysis, including but not limited to market, competition, and/or strategy analysis, for both domestic and international markets.

Dated: November 6, 2023                          Respectfully submitted,

| | |
|---|---|
| */s/ Lauren M. Weinstein* | */s/ Carmen Medici* |

Lauren M. Weinstein
**MOLOLAMKEN LLP**
600 New Hampshire Avenue, N.W.,
Suite 500
Washington, DC 20037
Telephone: 202-556-2000
lweinstein@mololamken.com

Carmen Medici
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-798-5319
cmedici@scott-scott.com

Steven F. Molo
Lauren F. Dayton
**MOLOLAMKEN LLP**
300 N. LaSalle Street, Suite 5350
Chicago, IL 60654
Telephone: 312-450-6700
smolo@mololamken.com
ldayton@mololamken.com

*Liaison Counsel for Direct Purchaser*
*Plaintiffs and the Proposed Direct*
*Purchaser Class*

Joseph P. Guglielmo (N.D. Ill. 2759819)
Michelle E. Conston (admitted *pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
jguglielmo@scott-scott.com
mconston@scott-scott.com

Patrick McGahan (admitted *pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
156 S. Main St.
Colchester, CT 06415
Telephone: 860-531-2606
pmcgahan@scott-scott.com
*Interim Lead Class Counsel for Direct*
*Purchaser Plaintiffs and the Proposed Direct*
*Purchaser Class*

Gary F. Lynch
**CARLSON LYNCH LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: 412-322-9243
Facsimile: 412-231-0246
glynch@carlsonlynch.com

Katrina Carroll
**CARLSON LYNCH LLP**
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: 312-750-1265
kcarroll@carlsonlynch.com

Jennifer W. Sprengel
**CAFFERTY CLOBES
MERIWETHER &
SPRENGEL LLP**
150 S. Wacker, Suite 3000
Chicago, IL 60606
Telephone: 312-782-4880
jsprengel@caffertyclobes.com

Barbara J. Hart (admitted *pro hac vice*)
**GRANT & EISENHOFER**
485 Lexington Ave., 29th Floor New
York, NY 10017
Telephone: 646-722-8526
bhart@gelaw.com

Paul E. Slater
Joseph M. Vanek
Michael G. Dickler
Matthew T. Slater
**SPERLING & SLATER, P.C.**
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200
pes@sperling-law.com
jvanek@sperling-law.com
mdickler@sperling-law.com
mslater@sperling-law.com

Christopher M. Burke
Walter Noss
Yifan (Kate) Lv
**KOREIN TILLERY PC**
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: (619) 6225-5620
Facsimile: (314) 241-3525
cburke@koreintillery.com
wnoss@koreintillery.com
klv@koreintillery.com

George A. Zelcs
Randall P. Ewing, Jr.
Ryan Z. Cortazar
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312-641-9750
Facsimile: 312-641-9751
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

Michael L. Roberts
Karen Sharp Halbert
**ROBERTS LAW FIRM, P.A.**
20 Rahling Circle
Little Rock, AR 72223
Telephone: 501-821-5575
mikeroberts@robertslawfirm.us
karenhalbert@robertslawfirm.us

Gregory S. Asciolla (admitted *pro hac vice*)
Karin E. Garvey (admitted *pro hac vice*)
Robin A. van der Meulen (admitted *pro hac vice*)
Matthew J. Perez (admitted *pro hac vice*)
Jonathan S. Crevier (admitted *pro hac vice*)
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York 10017
Telephone: 646-933-1000
gasciolla@dicellolevitt.com
kgarvey@dicellolevitt.com
rvandermeulen@dicellolevitt.com
mperez@dicellolevitt.com

Linda P. Nussbaum
Susan Schwaiger
**NUSSBAUM LAW GROUP, P.C.**
1211 Avenue of the Americas
40th Floor
New York, NY 10036
Telephone: 917-438-9102
lnussbaum@nussbaumpc.com
sschwaiger@nussbaumpc.com
Daniel E. Gustafson
(admitted *pro hac vice*)
Daniel C. Hedlund
(admitted *pro hac vice*)
Michelle J. Looby
(admitted *pro hac vice*)

Joshua J. Rissman
Ling S. Wang
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612-333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
lwang@gustafsongluek.com

Dennis Stewart (admitted *pro hac vice*)
**GUSTAFSON GLUEK PLLC**
600 B Street, 17th Floor San
Diego, CA 92101
Telephone: 619-595-3200
dstewart@gustafsongluek.com

Kenneth A. Wexler
Melinda J. Morales
**WEXLER BOLEY & ELGERSMA LLP**
311 S. Wacker Dr., Suite 5450
Chicago, IL 60606
Telephone: 312-346-2222
kaw@wbe-llp.com
mjm@wbe-llp.com

jcrevier@dicellolevitt.com

Marvin A. Miller
Lori A. Fanning
**MILLER LAW LLC**
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: 312-332-3400
mmiller@millerlawllc.com
lfanning@millerlawllc.com

Guillaume Buell (admitted *pro hac vice*)
**THORNTON LAW FIRM LLP**
1 Lincoln Street, 13th Floor
Boston, MA 02111
Telephone: 617-720-1333
gbuell@tenlaw.com

Don Barrett (*pro hac vice* forthcoming)
**BARRETT LAW GROUP, P.A.**
404 Court Square
P.O. Box 927
Lexington, MS 39095
Telephone: 662-834-2488
dbarrett@barrettlawgroup.com
donbarrettpa@gmail.com

Richard R. Barrett (*pro hac vice* forthcoming)
**BARRETT LAW GROUP, P.A.**
2086 Old Taylor Road, Suite 1011
Oxford, MS 38655
Telephone: 662-380-5018
rrb@rrblawfirm.net

Michael P. Lehmann (SBN 77152)
Christopher Lebsock (SBN 184546)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: 415-633-1908
mlehmann@hausfeld.com
clebsock@hausfeld.com

Hilary K. Scherrer
Paul Gallagher
**HAUSFELD LLP**

Charles F. Barrett
(admitted *pro hac vice*)
**NEAL & HARWELL, PLC**
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Telephone: 615-244-1713
cbarrett@nealharwell.com

1700 K Street, N.W., Suite 650
Washington, DC 20006
Telephone: 202-540-7200
hscherrer@hausfeld.com
pgallagher@hausfeld.com

Scott A. Martin
Irving Scher
Jeanette Bayoumi
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Telephone: 646-357-1100
smartin@hausfeld.com
ischer@hausfeld.com
jbayoumi@hausfeld.com

*Counsel for Direct Purchaser Plaintiffs and the
Proposed Direct Purchaser Class*

/s/ _Garrett D. Blanchfield_____
Garrett D. Blanchfield
**REINHARDT WENDORF &
BLANCHFIELD**
Garrett D. Blanchfield (*Pro Hac Vice*)
Brant D. Penney (*Pro Hac Vice*)
Roberta A. Yard (*Pro Hac Vice*)
332 Minnesota Street, Suite W-1050
St. Paul, MN 55101
Tel: (651) 287-2100
Fax: (651) 287-2103
g.blanchfield@rwblawfirm.com
b.penney@rwblawfirm.com
r.yard@rwblawfirm.com

/s/ _William G. Caldes_____
**SPECTOR ROSEMAN & KODROFF
P.C.**
Jeffrey J. Corrigan (*Pro Hac Vice*)
Jeffrey L. Spector (*Pro Hac Vice*)
William G. Caldes (*Pro Hac Vice*)
Icee N. Etheridge (*Pro Hac Vice*
forthcoming)
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
JCorrigan@srkattorneys.com
JSpector@srkattorneys.com
BCaldes@srkattorneys.com
IEtheridge@srkattorneys.com

*Interim Lead Class Counsel for Indirect
Purchaser Plaintiffs and the Proposed
Indirect Purchaser Class*

/s/ _Charles R. Watkins_____
**GUIN, STOKES & EVANS, LLC**
Charles R. Watkins (3122790)
321 South Plymouth Court Suite 1250
Chicago, IL 60604
Tel: (312) 878-8391
Fax: (205) 226-2357
charlesw@gseattorneys.com

*Liaison Counsel for Indirect Purchaser Plaintiffs*

**GLANCY PRONGAY & MURRAY LLP**
Brian P. Murray (*Pro Hac Vice* forthcoming)
Lee Albert (*Pro Hac Vice* forthcoming)
230 Park Avenue, Suite 358
New York, NY 10169
Tel: (212) 682-5340
Fax: (212) 884-0988
bmurray@glancylaw.com
lalbert@glancylaw.com

**FREED KANNER LONDON & MILLEN LLC**
Douglas A. Millen
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
dmillen@fklmlaw.com

**FREED KANNER LONDON & MILLEN LLC**
Jonathan M. Jagher (*Pro Hac Vice* forthcoming)
923 Fayette Street
Conshohocken, PA 19428
Tel: (610) 234-6487

**BONI, ZACK & SNYDER LLC**
Michael J. Boni (*Pro Hac Vice* forthcoming)
Joshua D. Snyder (*Pro Hac Vice* forthcoming)
John E. Sindoni (*Pro Hac Vice* forthcoming)
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: 610-822-0200
Fax: 610-822-0206
mboni@bonizack.com
jsnyder@bonizack.com
jsindoni@bonizack.com

**MCLAFFERTY LAW FIRM, P.C.**
David McLafferty (*Pro Hac Vice* forthcoming)
Attorneys at Law
923 Fayette Street
Conshohocken, PA 19428
Tel: (610) 940-4000 ext. 12
www.McLaffertyLaw.com

**SALTZ, MONGELUZZI & BENDESKY, P.C.**
Simon B. Paris, Esq. (*Pro Hac Vice* forthcoming)
Patrick Howard, Esq. (*Pro Hac Vice* forthcoming)
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Tel: (215) 575-3985
Fax: (215) 496-0999
sparis@smbb.com
phoward@smbb.com

*Counsel for Indirect Purchaser Plaintiffs and the Proposed Indirect Purchaser Class*

### **CERTIFICATE OF SERVICE**

I, Carmen A. Medici, an attorney, hereby certify that on November 6, 2023, I caused a true

and correct copy of the foregoing to be served by electronic mail on all counsel of record.

*s/ Carmen A. Medici*
Carmen A. Medici