## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE: FICO ANTITRUST LITIGATION
RELATED CASES

This document relates to:

ALL ACTIONS

No. 1:20-cv-02114

Judge April M. Perry

Magistrate Judge M. David Weisman

## ORDER

Upon consideration of the Parties' Joint Motion to Extend Deadline to File Discovery Motions Concerning Credit Bureau Discovery, the motion is GRANTED. The Court's April 8, 2025, Minute Entry (ECF No. 413) is amended as follows: the parties are to conduct any meet and confers and file any necessary motions to compel and transfer in the appropriate districts by **May 16, 2025**. This deadline applies only to any motions to compel that may be necessary as to the subpoenas issued to the three Credit Bureaus, and any motions to compel that may be necessary as to other subpoena recipients may be filed at a later date.

**IT IS SO ORDERED.**

Date: 4/29/2025

*M. David Weisman*

Honorable M. David Weisman
United States Magistrate Judge