**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Sky Federal Credit Union, et al.
Plaintiff,
v.
Case No.: 1:20−cv−02114
Honorable April M. Perry
Fair Isaac Corporation, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2025:

MINUTE entry before the Honorable M. David Weisman: Magistrate Status/Motion hearing held. Discussion held regarding Plaintiff's motion to compel FICO to re−do certain aspects of its privilege log and to produce de−logged documents [461]. As Issue # 1, consistency of redactions, discussion held as to the efficiency of addressing this issue as currently postured. The Court, after further consideration believes that it is most efficient to address this issue, at least at a high level, at this time. Regarding Issue # 2, whether the log should populate the metadata from the last− in−time email or all the emails in the thread, parties agree to brief the issue. Issue ## 3 and 4, regarding procedures for documenting attachments on the privilege log, briefing will also occur. Response to motion to compel due by 5:00 p.m. on 7/3/25 and any reply due 7/11/25. Ruling date and status hearing set for 7/17/25 at 11:00 a.m. Joint status report due by COB on 7/14/25. Ruling on motion hearing on motions [427] and [458] set for 7/1/25 are stricken and reset to 7/17/25 at 11:00 a.m. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.