# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Sky Federal Credit Union, et al.

                           Plaintiff,

v.                                                                         Case No.: 1:20–cv–02114

                                                                       Honorable April M. Perry

Fair Isaac Corporation, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 21, 2025:

      MINUTE entry before the Honorable M. David Weisman: On the Court's own motion, the status/ruling on motions [427], [458], [461] and [466] set for 8/26/25 are stricken and reset to 9/9/25 at 9:15 a.m. Parties may in person or dial in using the Court's conference call in number. The conference call–in number is 1–855–244–8681 and the access code is 2316 422 1828##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.