# EXHIBIT N

| **From:** | Stride, Megan E. <MStride@mayerbrown.com> |
| **Sent:** | Friday, July 25, 2025 6:27 PM |
| **To:** | Hunanyan, Anna (EXTERNAL CONTACT); Garvey, Karin (EXTERNAL CONTACT); FICO Plaintiffs; FICO-IPP |
| **Cc:** | Provance, Matthew D.; Pottinger, Oral D.; US-PROJ-FICO-MB |
| **Subject:** | In re FICO Antitrust Litig. Case No. 20-cv-2114 (N.D. Ill.) - FICO Privilege Log - Third Parties and Distribution Lists |

Counsel,

As previously referenced in Oral Pottinger's July 11, 2025 letter, I write to confirm FICO's position that the below third parties appearing on FICO's current privilege log do not break privilege with respect to the documents for which they appear on FICO's log. In other words, it is FICO's position that the inclusion of the below parties on communications on FICO's log does not effect a waiver of the attorney-client privilege or any other privilege or protection that applies to the communication. Each of the below entities has served a specialized purpose or otherwise provided expertise that facilitated FICO's legal counsel in its ability to provide legal advice and analysis.

1. Porter Novelli  and Voce Communications (a Porter Novelli Company)
2. Finsbury Glover Hering (FGH), Glover Park Group, FGS Global
3. Backus Consulting
4. Federal Street Strategies
5. Cypress Group
6. Rich Feuer Anderson
7. Mark Goldhaber
8. Reset Public Affairs
9. MindSet
10. Little & Company
11. Bay Bridge Strategies
12. IQ 360, Inc.
13. Peck Madigan Jones, Tiber Creek Group
14. Kroll
15. AB Schnare Associates
16. Quantilytic
17. Sprauve-Harrison Communications
18. Kelly Scott Madison
19. Mustenso
20. PwC
21. Deloitte

There are also a number of law firms that appear on FICO's privilege log, as well as current or former members of FICO's Board of Directors (some of whom have non-FICO email addresses). FICO maintains that logged communications involving these entities and individuals are privileged and are properly logged.

In addition, the following third parties appear on FICO's privilege log for a relatively small number of communications. These third parties were inadvertently included on those communications by FICO employees, and FICO promptly asked those third parties to delete the communications in question.
1. First Citizens Bank
2. General Electric
3. Array

1

In addition, the FHFA appears on FICO's privilege log in connection with two entries (FicoPriv_26257 and FicoPriv_26262) that constitute draft, privileged emails. These draft emails were not actually sent to the FHFA or any other third party.

Plaintiffs have also asked for information regarding certain email distribution lists on FICO's privilege log. Following a reasonable investigation, it is FICO's understanding that a combination of the following individuals have been included on the lists FICO@fgsglobal.com and FICO@gpg.com: Joe Caruso, Joseph Diebold, Megan Moore, Allison Nielsen, and Emilio Velazquez, Nahali Tittle, Dan Watson, Griffin Coulter, Becky Nelson, Betsy Ramirez, and Sam Hird (all current or former employees of FGS Global and/or Glover Park Group). FICO is continuing to investigate the distribution list FICOTeam@vocecomm.com.

To the extent a third party or email distribution list appears on FICO's privilege log and is not addressed by the above discussion, this email does not constitute a waiver or withdrawal of FICO's privilege claim as to any log entries involving that third party or email distribution list. If there are additional third parties or email distribution lists, beyond those addressed above, that appear in privilege log entries about which Plaintiffs are seeking more information or wish to challenge, FICO requests that Plaintiffs identify those third parties and email distribution lists, and further identify any related privilege log entries by Priv Bates Number.

Best,
Megan

_____

**Megan E. Stride**
*Senior Associate*
*Pronouns: She/Her*
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
T +1 312 701 8894
LinkedIn | Twitter
mayerbrown.com

_____
This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global legal services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown Hong Kong LLP (a Hong Kong limited liability partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information and our use of relationship insight tools in conjunction with email is available in our Privacy Notice.