# EXHIBIT O



KARIN **+** GARVEY

**+ Via Email +**

August 4, 2005

Oral D. Pottinger
Mayer Brown
1999 K Street, N.W.
Washington, DC  20006-1101

        Re:     ***In re FICO Antitrust Litigation,*** Case No. 1:20-cv-02114 (N.D. Ill.) – FICO's privilege log

Dear Counsel:

        We write to follow up on Megan Stride's July 25, 2025 email and further note that we still await a reply to our July 23, 2025 letter.

**<u>Non-parties Included on Logged Communications</u>**

        In FICO's July 25 email, FICO listed 21 companies about which FICO claims "that the inclusion of the below parties on communications on FICO's log does not effect a waiver of the attorney-client privilege or any other privilege or protection that applies to the communication."  In FICO's May 16, 2025 letter, FICO claimed that it enjoyed a privilege with outside entities due to an "agency relationship."  Does FICO claim to have an agency relationship with each of the entities listed in its July 25 letter?

        Plaintiffs have endeavored to identify the companies that FICO listed in its July 25 email by looking at the companies' websites so that Plaintiffs could try to understand the function that these companies served for FICO.  We believe we have been able to do so for most of the companies, as indicated below, but we have a few follow-up questions.  One, for the entities listed at 1-17 below, can FICO please confirm that we have identified the correct function of these companies as it pertains to their relationships with FICO?  Two, we were unable to determine for the entities listed at 18-21 below the function that they served for FICO and ask that FICO please provide that information.

1. Porter Novelli and Voce Communications (a Porter Novelli Company) – public relations company
2. Finsbury Glover Hering (FGH), Glover Park Group, FGS Global – strategic communications and government affairs firm
3. Backus Consulting – strategic communications firm
4. Federal Street Strategies – government relations/lobbying firm
5. Rich Feuer Anderson – government affairs firm
6. Mark Goldhaber - currently a principal at Goldhaber Policy Services, where he focuses on government relationships and issue management in the areas of mortgage finance and financial services (as of 2020)
7. Reset Public Affairs – public affairs/relations firm
8. MindSet –public policy firm
9. Little & Company – advertising and marketing firm
10. Bay Bridge Strategies – lobbying firm

Oral D. Pottinger
August 4, 2025
Page 2

     11.      IQ 360, Inc. – strategic business consultant firm

     12.      Peck Madigan Jones, Tiber Creek Group – government relations firm

     13.      Kroll – financial risk and advisory firm

     14.      AB Schnare Associates - a consulting firm focusing on the mortgage and housing markets, financial reform, the evaluation of credit risk, and fair lending

     15.      Quantilytic – quantitative analytics for financial services and biotechnology

     16.      Sprauve-Harrison Communications – PR and advertising firm

     17.      Kelly Scott Madison – media marketing agency

     18.      Mustenso – ??

     19.      Cypress Group – ?? – could be multiple entities (private equity, IT staffing, investment banking, wealth management)

     20.      PwC – multinational professional services firm (big 4 accounting firm)

     21.      Deloitte – multinational professional services firm (big 4 accounting firm)

Further, please provide the email domains associated with each third-party entity identified by FICO in its July 25 letter. For example, with respect to Tiber Creek Group, Plaintiffs would like to understand whether the group with which FICO claims to have had privileged communications with uses the email address "@pmj-dc.com" or "@tibercreekgroup.com."

Plaintiffs have identified and set forth in Appendix A additional email addresses on the log that do not appear to belong to the entities listed above nor to FICO board members or outside counsel. Please advise as to why FICO believes that the communications involving these individuals is covered by the attorney-client privilege.

Plaintiffs will advise if they uncover additional non-parties on the log.

Finally, FICO further stated in its July 25 email that First Citizens Bank, General Electric, and Array appeared in a "relatively small number of communications" on FICO's log and that those entities "were inadvertently included on those communications by FICO employees, and FICO promptly asked those third parties to delete the communications in question." Please provide the Bates numbers of the documents in which FICO asked those third parties to delete the communications or, if those recalls were not produced, please produce them.

**Distribution Lists**

In Plaintiffs' April 10, 2025 letter to FICO, Plaintiffs specifically identified six group distribution lists on FICO's privilege log (FICO@gpg.com, FICOTeam@vocecomm.com, FICO@fgsglobal.com, info@email.fico.com, pollead@fico.com, and Polsupport@fico.com) and asked FICO to provide information on the recipients of the emails sent to those lists. In FICO's July 25 email, three and half months later, FICO only addressed two of them (FICO@gpg.com and FICO@fgsglobal.com), saying it was looking into a third (FICOTeam@vocecomm.com). What about the info@email.fico.com, pollead@fico.com, and Polsupport@fico.com group lists? Those group distribution lists appear on the log as follows:

- info@email.fico.com: FicoPriv_15139; FicoPriv_15162; FicoPriv_15163
- pollead@fico.com: FicoPriv_00215; FicoPriv_00216; FicoPriv_0022; FicoPriv_00285; FicoPriv_00286; FicoPriv_00287; FicoPriv_00292; FicoPriv_04703
- Polsupport@fico.com: FicoPriv_00215; FicoPriv_00216; FicoPriv_0022; FicoPriv_00285; FicoPriv_00286; FicoPriv_00287; FicoPriv_00292; FicoPriv_04703

It has been nearly **four months** since Plaintiffs first raised the issue of group distribution lists, specifically listing those emails addresses. FICO's delay in providing the requested information is unacceptable.

Oral D. Pottinger
August 4, 2025
Page 3


Plaintiffs have additionally identified the following group distribution lists that appear on the log as follows:

- ML_ExecutiveTeam@fico.com: FicoPriv_20817; FicoPriv_26963; FicoPriv_28019
- ML_FSPS_Contract_Distribution@fico.com: FicoPriv_03292; FicoPriv_07582; FicoPriv_13797; FicoPriv_14350; FicoPriv_16190; FicoPriv_18466; FicoPriv_2242; FicoPriv_2274; FicoPriv_28101; FicoPriv_30203
- ML_WWPRteam@fico.com: FicoPriv_10224
- ScoresMarketingTeam@ficorp.onmicrosoft.com: FicoPriv_30918

Plaintiffs ask that FICO identify the individuals who were part of those distribution groups at the time that those emails were sent. Plaintiffs will advise if they uncover additional distribution lists on the log.

Sincerely,
SCOTT+SCOTT ATTORNEYS AT LAW LLP

Karin Garvey

**Appendix A**

| Non-@FICO Email Addresses | Priv Bates Number |
|---|---|
| amy.liang@roadmunk.com | FicoPriv_19656 |
| annschnare@aol.com | FicoPriv_07572; FicoPriv_07852; FicoPriv_07863; FicoPriv_33410 |
| bk@bradenkelly.com | FicoPriv_02375; FicoPriv_02728; FicoPriv_02892; FicoPriv_04104; FicoPriv_04525; FicoPriv_01139; FicoPriv_17964; FicoPriv_19012; FicoPriv_24796 |
| clive@ccs-ph.com | FicoPriv_02916; FicoPriv_02917; FicoPriv_02918 |
| david.dowhan@savvymoney.com | FicoPriv_32445 |
| douglas.sperry@equifax.com | FicoPriv_17545 |
| glenn@manishin.com | FicoPriv_08008 |
| gws1@aol.com | FicoPriv_00187 |
| jane.franklin@array.com | FicoPriv_25114 |
| jb@savvymoney.com | FicoPriv_32445 |
| Jewel.L.Eldridge@wellsfargo.com | FicoPriv_0244 |
| jii@compensia.com | FicoPriv_02375 |
| jimkir@aol.com | FicoPriv_00228; FicoPriv_00023; FicoPriv_00473; FicoPriv_02728; FicoPriv_04383; FicoPriv_04525 |
| jimkirsner@gmail.com | FicoPriv_17964; FicoPriv_19012; FicoPriv_24796 |
| jmarcelonis@progrexion.com | FicoPriv_30156 |
| joanna@west.ventures | FicoPriv_17964; FicoPriv_24796 |
| joannarees@me.com | FicoPriv_02375; FicoPriv_02728; FicoPriv_02892; FicoPriv_04104; FicoPriv_04525; FicoPriv_19012; FicoPriv_19623 |
| joemcaruso@gmail.com | FicoPriv_26809 |
| josgrouch@gmail.com | FicoPriv_06809; FicoPriv_06810 |
| juliet.lim@savvymoney.com | FicoPriv_32445 |
| jwood7800@gmail.com | FicoPriv_00924; FicoPriv_00894 |
| jyancey4fun@yahoo.com | FicoPriv_07920 |
| mariem@stanfordalumni.org | FicoPriv_14440; FicoPriv_31468 |
| messenger@webex.com | FicoPriv_13758; FicoPriv_13763 |

| | |
|---|---|
| mike@susan-mike.com | FicoPriv_15018; FicoPriv_14999 |
| mikegordon7828@gmail.com | FicoPriv_00164; FicoPriv_00165; FicoPriv_00427; FicoPriv_00078; FicoPriv_00203; FicoPriv_0022; FicoPriv_00236 |
| mkarir@quadmetrics.com | FicoPriv_04507 |
| mmcmorris@carrickcapitalpartners.com | FicoPriv_04383; FicoPriv_17964; FicoPriv_19012; FicoPriv_24796 |
| no-reply@sharepointonline.com | FicoPriv_06219 |
| peter.greenberger@applecart.co | FicoPriv_23481 |
| rbusch@compensia.com | FicoPriv_01139; FicoPriv_02375; FicoPriv_02892; FicoPriv_04104 |
| richard.mckinnon@bankofamerica.com | FicoPriv_14509 |
| rmercha@gmail.com | FicoPriv_00228; FicoPriv_00473 |
| Sally.Relova@wellsfargo.com | FicoPriv_0244 |
| Samira.Barakat@ge.com | FicoPriv_12634; FicoPriv_12635 |
| sandra.thompson@fhfa.gov | FicoPriv_26257 |
| skrasnow@gmail.com | FicoPriv_00215; FicoPriv_00216; FicoPriv_0022; FicoPriv_00285; FicoPriv_00286; FicoPriv_00287; FicoPriv_00292 |
| tbrown@compensia.com | FicoPriv_01139; FicoPriv_02375; FicoPriv_02892; FicoPriv_04104 |
| wehmanns@frontiernet.net | FicoPriv_01096 |
| wes@quadmetrics.com | FicoPriv_04507 |
| whulings@gmail.com | FicoPriv_00092 |

2