**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: FICO ANTITRUST LITIGATION RELATED CASES** | ) ) ) ) ) | **No. 20 CV 2114** <br> **Magistrate Judge M. David Weisman** |

## ORDER

The case is before the Court on the parties' motion for clarification of the Court's September 17, 2025 order (ECF 517) [528] and will clarify. The first request is for clarification of the deadline for FICO to amend its privilege log. The order erroneously set a date for compliance that had passed before the order was issued. Accordingly, the Court sets the compliance date for thirty days after the district court rules on FICO's objections to the September 17, 2025 order.

FICO also says, "it is not clear . . . whether (1) the Order also requires additional log entries for earlier-in-time emails in an email chain, and (2) if so, whether FICO must so log earlier-in-time emails only for redacted email chains, or also for email chains that FICO withheld in their entirety." (ECF 528 at 2) The order states that FICO "must amend its privilege log to identify all of the emails and attachments in each family." That language means that earlier-in-time emails, whether in a redacted or withheld chain, must be logged.

**SO ORDERED** **ENTERED: October 6, 2025**

M. David Weisman

**M. David Weisman**
**United States Magistrate Judge**