**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Sky Federal Credit Union, et al.
                                Plaintiff,

v.                                               Case No.: 1:20–cv–02114
                                                       Honorable April M. Perry

Fair Isaac Corporation, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 6, 2025:

      MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Discussion held regarding Plaintiffs' oral motion to reconsider the Court's 10/3/25 ruling [539] as to distribution lists as set forth in Exhibit A to declaration (ECF #[523]) based on purported factual error and vacate that portion of the order. For the reasons stated on the record and without opposition, the Court vacates the position of the 10/3/25 order regarding third–party emails to allow for reconsideration. Any review of the Court's order on this issue will be subject to a new 14–day period. Plaintiff declined further briefing. In its reconsideration, the Court will review the relevant past briefing, the privilege log, and comments made at the hearing. As to the so–called "blast emails," by 10/14/25, Plaintiff to file a renewed motion (limited to 3 pages) and Defendants shall file a 3–page response by 10/17/25. The Court will also consider prior briefing on this issue. Defendant agrees the meet and confer obligation has been satisfied. Plaintiff provided list of relevant log entries to Court in open court. Next, Plaintiff indicated discussions between the parties are ongoing regarding additional privilege log issues, the need for potential extensions of dates for FICO, and discovery from non–parties. Plaintiff's motion to compel Vantage (ECF ## 314–1, 424, etc.) remains pending. Plaintiff discussed outstanding issues with credit bureaus. Plaintiff's final meet and confers with Experian to be completed by 10/17/25 and any motion to compel to be filed by 10/24/25. Defendants have no issues with non–parties to discuss in open court, though briefing on other issues continues. Parties agree to suspend any discovery deadlines for 30 days pending further discussions by the parties. Status hearing set for 10/28/25 at 1:00 p.m. Status report due by COB on 10/24/25 setting forth outstanding issues; a proposed revised schedule (agreed or not); and any other issues the parties wish to raise. Parties should flag any concerns regarding pending motions as soon as practicable. Further status hearing set for 12/2/25 at 1:00 p.m. Joint status report due by noon on 11/26/25. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.