**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *In re FICO Antitrust Litigation* | Case No. 20-cv-02114 |
| *This document relates to:* ALL ACTIONS | Honorable April M. Perry<br>Magistrate Judge M. David Weisman |

**JOINT STIPULATION TO BRIEFING SCHEDULE FOR PLAINTIFFS' OBJECTIONS TO THE MAGISTRATE JUDGE'S OCTOBER 3, 2025 ORDER (ECF NO. 538)**

Plaintiffs in the above-captioned case, as well as nonparties Equifax, Inc. ("Equifax") and TransUnion, LLC ("TransUnion"), by and through their respective counsel of record, stipulate to the following briefing schedule for Plaintiffs' October 17, 2025 Objections (ECF No. 566) to the Magistrate Judge's October 3, 2025 Order (ECF No. 538), subject to the Court's approval.

1. Plaintiffs filed their Objections to the Magistrate Judge's October 3, 2025 Order on October 17, 2025;
2. Equifax and TransUnion's joint opposition brief shall be due on October 31, 2025;
3. Plaintiffs' reply thereto, if any, shall be due on November 14, 2025;
4. Plaintiffs, Equifax, and TransUnion agree to comply with this Stipulation pending the Court's approval.

WHEREFORE, Plaintiffs, Equifax, and TransUnion respectfully request that the Court approve the stipulated briefing schedule above.

Dated: October 20, 2025

Respectfully submitted,

/s/ Karin E. Garvey
Karin E. Garvey
Brian M. Hogan
Joseph P. Guglielmo
Michelle E. Conston (*pro hac vice*)
Anna Hunanyan (*pro hac vice*)
Daniel F. Loud (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: 212-223-6444
kgarvey@scott-scott.com
brian.hogan@scott-scott.com
jguglielmo@scott-scott.com
mconston@scott-scott.com
ahunanyan@scott-scott.com
dloud@scott-scott.com

Carmen Medici (*pro hac vice*)
Gary Foster (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-798-5319
cmedici@scott-scott.com
gfoster@scott-scott.com

Patrick McGahan (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
156 S. Main St.
Colchester, CT 06415
Telephone: 860-531-2606
pmcgahan@scott-scott.com

*Interim Lead Class Counsel for Direct Purchaser Plaintiffs and the Proposed Direct Purchaser Class*

/s/ Lauren M. Weinstein
Steven F. Molo
Lauren F. Dayton
Eric Posner
**MOLOLAMKEN LLP**
300 N. LaSalle Street, Suite 5350
Chicago, IL 60654
Telephone: 312-450-6700
smolo@mololamken.com
ldayton@mololamken.com
eposner@mololamken.com

Lauren M. Weinstein
Christian I. Bale
**MOLOLAMKEN LLP**
600 New Hampshire Avenue, N.W.,
Suite 500
Washington, DC 20037
Telephone: 202-556-2000
lweinstein@mololamken.com
cbale@mololamken.com

Anden Chow
Cody Wiles
**MOLOLAMKEN LLP**
430 Park Avenue
New York, NY 10022
Telephone: 212-607-5951
achow@mololamken.com
cwiles@mololamken.com

*Liaison Counsel for Direct Purchaser Plaintiffs and the Proposed Direct Purchaser Class*

Garrett D. Blanchfield (*pro hac vice*)
Brant D. Penney (*pro hac vice*)
Roberta A. Yard (*pro hac vice*)
**REINHARDT WENDORF & BLANCHFIELD**
80 So. 8th Street, Suite 900
Minneapolis, MN 55402
Telephone: 651-287-2100
g.blanchfield@rwblawfirm.com
b.penney@rwblawfirm.com
r.yard@rwblawfirm.com

Charles R. Watkins
**GUIN & EVANS, LLC**
805 Lake Street, #226
Oak Park, IL 60603
Telephone: 312-878-8397
charlesw@gseattorneys.com

*Liaison Counsel for Indirect Purchaser Plaintiffs and the Proposed Indirect Purchaser Class*

Michael S. Smith (*pro hac vice*)
Gregory P. Hansel (*pro hac vice*)
Elizabeth F. Quinby (*pro hac vice*)
**PRETI FLAHERTY, BELIVEAU & PACHIOS LLP**
One City Center, P.O. Box 9546
Portland, ME 04101
Telephone: 207-791-3000
msmith@preti.com
ghansel@preti.com
equinby@preti.com

Brian P. Murray Lee Albert
**GLANCY PRONGAY & MURRAY LLP**
230 Park Avenue, Suite 358
New York, NY 10169
Telephone:212-682-5340
bmurray@glancylaw.com
lalbert@glancylaw.com

William G. Caldes (*pro hac vice*)
Jeffrey L. Spector (*pro hac vice*)
Rachel E. Kopp (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA  19103
Telephone: 224-632-4500
BCaldes@srkattorneys.com
JSpector@srkattorneys.com
RKopp@ srkattorneys.com

Douglas A. Millen
Robert J. Wozniak
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: 224-632-4500
Dmillen@fklmlaw.com
Rwozniak@fklmlaw.com

*Interim Co-Lead Counsel for Indirect Purchaser Plaintiffs and the Proposed Indirect Purchaser Class*

*/s/ James F. Herbison*
James F. Herbison, #6275116
Michael P. Mayer, #6272677
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-5600
jherbiso@winston.com
mmayer@winston.com

*Counsel for Equifax Inc.*

*/s/ Leslie V. Pope*
Leslie V. Pope *(pro hac vice)*
Brenna Darling *(pro hac vice)*
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
lpope@kellogghansen.com
bdarling@kellogghansen.com

*Counsel for TransUnion, LLC*