# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Sky Federal Credit Union, et al.

                         Plaintiff,

v.                                                     Case No.: 1:20−cv−02114
                                                          Honorable April M. Perry

Fair Isaac Corporation, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 24, 2025:

      MINUTE entry before the Honorable M. David Weisman: Motion by Plaintiffs' for leave to file a reply in support of their renewed motion to compel FICO to produce certain documents from its privilege log, relating to "Blast" emails [578] is granted. Plaintiffs' are to file their reply as a separate document on CM/ECF. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.