**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Sky Federal Credit Union, et al.
Plaintiff,
v.
Case No.: 1:20−cv−02114
Honorable April M. Perry
Fair Isaac Corporation, et al.
Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 18, 2025:

MINUTE entry before the Honorable April M. Perry: Motion hearing held 11/18/2025. For the reasons stated in Court, Alcoa's Objection to the Magistrate Judge Order of 10/3/2025 [566] is denied. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.