**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Sky Federal Credit Union, et al.

                                    Plaintiff,

v.                                                      Case No.: 1:20−cv−02114
                                                        Honorable April M. Perry

Fair Isaac Corporation, et al.

                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 2, 2025:

        MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. In the near future, Court to issue order granting FICO's motion for protective order at Dkt. #[592]. FICO's motion to compel One Main Holdings at Dkt. #[497] is awaiting decision. Discussion held as to Plaintiff's renewed motion to compel emails to more than one person (i.e., blast emails) [Dkt. #[548] originally submitted at Dkt. #[501]]. Updated privilege log and relevant legend to be provided by 12/10/25; Plaintiff to review the updates by 12/17/25, and final documents to be filed by 12/24/25. The third−party issue included in Dkt. #[501] remains pending. FICO to update privilege log entries at Dkt. #[523]. As to joint status report, discussion held on Plaintiff's request for emails in personal email accounts of Lansing and Jones; FICO's search is ongoing and parties to confer as necessary. As to privilege log/attorneys−eyes−only issues, these issues are being addressed as part of the amended log; Plaintiff reserves right after review of the amended log. Discussion held as to non−party discovery of credit bureaus and Vantage Score, which are in discussion with Plaintiff; the non−parties may move for a protective order (date undetermined). Parties to meet and confer regarding date for the filing of a motion for protective order by non−parties; joint status report on the issue due by 12/12/25. As to case scheduling, the Court is in agreement that modifications will be necessary as parties continue to work through remaining written discovery issues. Status hearing set for 1/8/26 at 2:30 p.m. Joint status report due by COB on 1/6/26. Status hearing/ruling on motion set for 12/3/25 at 9:15 a.m. are stricken. Status hearing set for 2/12/26 at 2:00 p.m. Joint status report due by COB on 2/10/26. Parties may appear in person or dial in using the Court's conference call−in number. The conference call−in number is 1−855−244−8681 and the access code is 2316 422 1828##. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.