UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: FICO ANTITRUST LITIGATION | No. 1:20-CV-2114 |
| This document relates to: | Judge April M. Perry |
| ALL ACTIONS | Magistrate Judge M. David Weisman |

**JOINT STATUS REPORT**

Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs (collectively, "Plaintiffs") and Defendant Fair Issac Corporation ("FICO," and, together with Plaintiffs, the "Parties") respectfully submit this Joint Status Report regarding the status of non-parties VantageScore Solutions, LLC, Equifax, Inc., Experian Information Solutions, Inc., and TransUnion, LLC's (collectively, the "Non-Parties") forthcoming motion for a protective order pursuant to the Court's December 3, 2025 Minute Order (ECF No. 617).

**I.     PLAINTIFFS' STATEMENT**

Early in this litigation, Plaintiffs served a Request for Production on FICO seeking, *inter alia*, certain documents from discovery in FICO's litigation against the Non-Parties (*Fair Isaac Corp. v. Equifax, Inc.*, Case No. 06-cv-4112, (D. Minn.) (the "VantageScore Litigation")) that had not been filed on the public docket (the "VantageScore Litigation Documents").[1] Following the Court's decision on FICO's and the Non-Parties' motions to dismiss Plaintiffs' operative

---

[1] In light of the Court's questions at the December 2, 2025 status conference, the Parties confirmed that the VantageScore Litigation Documents were not made publicly available on the docket for the VantageScore Litigation or FICO's subsequent appeal to the Eighth Circuit.

complaints, FICO agreed to provide the VantageScore Litigation Documents to Plaintiffs. Pursuant to the Protective Order in the VantageScore Litigation, FICO informed the Non-Parties that it intended to make such a production. On October 15, 2025, the Non-Parties informed Plaintiffs that they intended to move for a protective order in this Court to prevent FICO's disclosure of certain VantageScore Litigation Documents. Plaintiffs and the Non-Parties met and conferred on October 30, 2025, and the Non-Parties informed Plaintiffs that the Protective Order in the VantageScore Litigation provided an accelerated timeline for moving to prevent disclosure of materials from discovery in that case to a non-party. Plaintiffs requested the opportunity to obtain more detail on the documents the Non-Parties objected to FICO producing and the Non-Parties' basis for those objections. The Non-Parties requested and FICO agreed to extend the deadline set by the Protective Order in the VantageScore Litigation for the Non-Parties to move for a protective order in this Court.

On November 13, 2025, the Non-Parties provided Plaintiffs with a preliminary index of their objections to most, but not all, of the VantageScore Litigation Documents as to which they had originally opposed production. Plaintiffs and the Non-Parties met and conferred again on November 18, 2025, to discuss these objections. During that meet and confer, the Non-Parties stated that they would likely still move for a protective order to prevent FICO's production of certain VantageScore Litigation Documents but stated that they would follow up with their final positions. The Non-Parties provided on December 8, 2025 their updated positions for all of the VantageScore Litigation Documents to which they had originally objected.

Plaintiffs sent the Non-Parties a compromise proposal, including questions intended to further narrow any disputes, on December 10, 2025 and requested that the Non-Parties clarify whether they would be moving for a protective order, and if so, when they expected to file such

motion(s). Plaintiffs met and conferred with the Non-Parties on December 12, 2025, and the Non-Parties and Plaintiffs reached an agreement in principle regarding the categories of VantageScore Litigation Documents that FICO would not be required to produce. Soon thereafter, the Non-Parties sent Plaintiffs a list of their updated positions on the VantageScore Litigation Documents, specifying the ones that would not be produced under Plaintiffs and the Non-Parties' agreement in principle. Plaintiffs accepted the Non-Parties' proposal.

Given that Plaintiffs and Non-Parties have reached agreement on this dispute, Plaintiffs understand that the Non-Parties will not be filing a motion for a protective order. Therefore, Plaintiffs respectfully submit that a briefing schedule on this dispute is not necessary.

## II. FICO'S STATEMENT

FICO is not privy to the terms of the agreement in principle reportedly reached between Plaintiffs and the Non-Parties earlier today. It has requested that Plaintiffs identify the VantageScore Litigation Documents that Plaintiffs are no longer requesting pursuant to such agreement. FICO reserves the right to object to the omission of VantageScore Litigation Documents from its production if their omission would result in an incomplete or misleading evidentiary record or otherwise prejudice FICO. To the extent it has such objections, FICO will notify Plaintiffs and the Non-Parties within three business days after Plaintiffs identify the VantageScore Litigations Documents that will not be produced pursuant to the agreement reached between Plaintiffs and the Non-Parties. FICO agrees with Plaintiffs that a briefing schedule to resolve this dispute is not necessary at this time.

Dated: December 12, 2025 　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| */s/ Karin E. Garvey* | Steven F. Molo |
| Karin E. Garvey | Lauren F. Dayton |
| Brian M. Hogan | Eric Posner |
| Joseph P. Guglielmo | **MOLOLAMKEN LLP** |
| Michelle E. Conston (*pro hac vice*) | 300 N. LaSalle Street, Suite 5350 |
| Anna Hunanyan (*pro hac vice*) | Chicago, IL 60654 |
| Daniel F. Loud (*pro hac vice*) | Telephone: 312-450-6700 |
| **SCOTT+SCOTT** | smolo@mololamken.com |
| **ATTORNEYS AT LAW LLP** | ldayton@mololamken.com |
| The Helmsley Building | eposner@mololamken.com |
| 230 Park Avenue, 24th Floor | |
| New York, NY 10169 | Lauren M. Weinstein |
| Telephone: 212-223-6444 | Christian I. Bale |
| kgarvey@scott-scott.com | **MOLOLAMKEN LLP** |
| brian.hogan@scott-scott.com | 600 New Hampshire Avenue, N.W., |
| jguglielmo@scott-scott.com | Suite 500 |
| mconston@scott-scott.com | Washington, DC 20037 |
| ahunanyan@scott-scott.com | Telephone: 202-556-2000 |
| dloud@scott-scott.com | lweinstein@mololamken.com |
| | cbale@mololamken.com |
| Carmen Medici (*pro hac vice*) | Anden Chow |
| Gary Foster (*pro hac vice*) | Cody Wiles |
| **SCOTT+SCOTT** | **MOLOLAMKEN LLP** |
| **ATTORNEYS AT LAW LLP** | 430 Park Avenue |
| 600 West Broadway, Suite 3300 | New York, NY 10022 |
| San Diego, CA 92101 | Telephone: 212-607-5951 |
| Telephone: 619-798-5319 | achow@mololamken.com |
| cmedici@scott-scott.com | cwiles@mololamken.com |
| gfoster@scott-scott.com | |
| | *Liaison Counsel for Direct Purchaser Plaintiffs and the Proposed Direct Purchaser Class* |
| Patrick McGahan (*pro hac vice*) | |
| **SCOTT+SCOTT** | |
| **ATTORNEYS AT LAW LLP** | |
| 156 S. Main St. | George A. Zelcs |
| Colchester, CT 06415 | Randall P. Ewing, Jr. |
| Telephone: 860-531-2606 | Chad E. Bell |
| pmcgahan@scott-scott.com | Labeat Rrahmani |
| | **KOREIN TILLERY, LLC** |
| *Interim Lead Class Counsel for Direct Purchaser Plaintiffs and the Proposed Direct Purchaser Class* | 205 North Michigan Avenue, Suite 1950 |
| | Chicago, IL 60601 |
| | Telephone: 312-641-9750 |

4

Christopher M. Burke
Yifan (Kate) Lv
**BURKE LLP**
402 West Broadway, Suite 1890
San Diego, CA 92101
Telephone: 619-369-8244
cburke@burke.law
klv@burke.law

Daniel E. Gustafson (*pro hac vice*)
Daniel C. Hedlund (*pro hac vice*)
Daniel J. Nordin (*pro hac vice*)
Anthony J. Stauber (*pro hac vice*)
**GUSTAFSON GLUEK PLLC**
120 S. Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612-333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
tstauber@gustafsongluek.com

Dennis Stewart (*pro hac vice*)
**GUSTAFSON GLUEK PLLC**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: 612-333-8844
dstewart@gustafsongluek.com


Gary F. Lynch
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: 412-322-9243
gary@lcllp.com

gzelcs@koreintillery.com
rewing@koreintillery.com
cbell@koreintillery.com
lrrahmani@koreintillery.com


Michael L. Roberts
Karen Sharp Halbert
Christopher B. Sanchez
**ROBERTS LAW FIRM, P.A.**
6834 Cantrell Road, Suite #1131
Little Rock, AR 72207
Telephone: 501-821-5575
mikeroberts@robertslawfirm.us
karenhalbert@robertslawfirm.us
chrissanchez@robertslawfirm.us

Jennifer W. Sprengel
**CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP**
150 S. Wacker, Suite 3000
Chicago, IL 60606
Telephone: 312-782-4880
jsprengel@caffertyclobes.com


*Counsel for Direct Purchaser Plaintiffs
and the Proposed Direct Purchaser Class*

Garrett D. Blanchfield (*pro hac vice*)
Brant D. Penney (*pro hac vice*)
Roberta A. Yard (*pro hac vice*)
**REINHARDT WENDORF &
BLANCHFIELD**
80 So. 8th Street, Suite 900
Minneapolis, MN 55402
Telephone: 651-287-2100
g.blanchfield@rwblawfirm.com
b.penney@rwblawfirm.com
r.yard@rwblawfirm.com

William G. Caldes (*pro hac vice*)
Jeffrey L. Spector (*pro hac vice*)
Rachel E. Kopp (*pro hac vice*)
**SPECTOR ROSEMAN &
KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: 215-496-0300
BCaldes@srkattorneys.com
JSpector@srkattorneys.com
RKopp@srkattorneys.com

*Interim Co-Lead Counsel for Indirect
Purchaser Plaintiffs and the Proposed
Indirect Purchaser Class*

Charles R. Watkins
**GUIN & EVANS, LLC**
805 Lake Street, #226
Oak Park, IL 60603
Telephone: 312-878-8397
charlesw@gseattorneys.com

*Liaison Counsel for Indirect Purchaser
Plaintiffs and the Proposed Indirect
Purchaser Class*


*/s/ Matthew D. Provance*
Britt M. Miller
J. Gregory Deis
Matthew D. Provance

6

**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606-4637
Telephone: 312-782-0600
Facsimile: 312-701-7711
bmiller@mayerbrown.com
gdeis@mayerbrown.com
mprovance@mayerbrown.com

*Counsel for Defendant Fair Isaac Corporation*