# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

| | |
|---|---|
| In re FICO Antitrust Litigation | Case No. 1:20-cv-02114 |
| This document relates to: ALL ACTIONS | Honorable April M. Perry |
| | Magistrate Judge M. David Weisman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on January 13, 2026, at 9:15 a.m., or as soon thereafter as counsel may be heard, counsel will appear before Magistrate Judge M. David Weisman in Courtroom 1300 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present Non-Party VantageScore Solutions, LLC's Motion for Reconsideration of Magistrate Judge Weisman's Order (Dkt. 613), copies of which have been served upon you.

Dated: December 15, 2025

Respectfully submitted,

*/s/ Sabrina Rose-Smith*

Sabrina Rose-Smith
GOODWIN PROCTER LLP
1900 N Street NW
Washington, D.C.
Tel.: 202.346.4000
SRoseSmith@goodwinlaw.com

*Counsel for Non-Party Movant VantageScore Solutions LLC*

**CERTIFICATE OF SERVICE**

   I, Sabrina Rose-Smith, an attorney, hereby certify that on December 15, 2025, I caused a true and correct copy of the foregoing to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

               */s/ Sabrina Rose-Smith*

               Sabrina Rose-Smith
               GOODWIN PROCTER LLP
               1900 N Street NW
               Washington, D.C.
               Tel.: 202.346.4000
               SRoseSmith@goodwinlaw.com