**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: FICO ANTITRUST LITIGATION | No. 1:20-CV-2114 |
| This document relates to: | Judge April M. Perry |
| ALL ACTIONS | Magistrate Judge M. David Weisman |

**JOINT SUBMISSION PURSUANT TO ECF NO. 617**

The parties respectfully make this submission pursuant to the Court's December 3, 2025 Minute Order (ECF No. 617) to provide information requested by the Court relating to Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion to Compel Defendant Fair Isaac Corporation ("FICO") to Produce Certain Documents from Its Privilege Log (ECF No. 501) ("Motion to Compel") and Renewed Motion to Compel FICO to Produce Certain Documents from Its Privilege Log, Relating to "Blast" Emails (ECF No. 548).

The parties are submitting the exhibits to this submission under seal consistent with the Court's statement at the December 2, 2025 status hearing. *See* ECF No. 619 at 13 ("Leave of Court to file under seal is given.").

I.     **NAME LEGEND**

Attached hereto as **Exhibit A** is the Name Legend. *See* ECF No. 617. In pertinent part, this Name Legend is equivalent to the Name Legend provided to Plaintiffs on July 11, 2025, which was the operative Name Legend at the time Plaintiffs filed their Motion to Compel.

## II.   AMENDED LISTS OF CHALLENGED LOG ENTRIES

Pursuant to the Court's Order at ECF No. 617, the parties also submit today updated lists of certain log entries challenged by Plaintiffs to reflect changes to FICO's privilege log since the parties briefed Plaintiffs' motions at ECF Nos. 501 and 548.[1] In particular, these updated lists reflect that, pursuant to Orders issued by this Court and by Judge Perry (ECF Nos. 517, 577, and 611), FICO's operative privilege log now includes separate log entries for all privileged earlier-in-time emails in email chains, meaning that there are now multiple log entries per document for many of the documents on FICO's log. Pursuant to those same Orders, FICO's operative log also now includes separate log entries for privileged email attachments that were previously included within the same log entry as their privileged parent email. FICO's operative log also now reflects that FICO has changed its privilege claims for certain documents as part of the re-review and amendment process required to generate its current operative log, including by withdrawing its privilege claim completely for some previously logged documents and by reducing its privilege claim from fully withholding the document to instead producing it with redactions for other previously logged documents.

Attached hereto as **Exhibit B** is an updated list of log entries containing emails to 10 or more recipients challenged by Plaintiffs (which Plaintiffs and the Court have referred to as "blast emails") and which continue to be withheld or redacted for privilege by FICO. This list is based on the now-operative log and replaces Plaintiffs' previously filed list of challenged "blast emails," located at ECF No. 549.

---

[1] FICO served its Third Amended Privilege Log on December 3, 2025. Plaintiffs subsequently informed FICO that production Bates numbers appeared to be missing from certain log entries for documents that FICO had produced with redactions. FICO then served a Corrected Third Amended Privilege Log on December 19, 2025.

Attached hereto as **Exhibit C** is an updated list of log entries involving communications with third parties challenged by Plaintiffs and which continue to be withheld or redacted for privilege by FICO. This list is based on the now-operative log and replaces Plaintiffs' previously filed list of challenged communications containing third parties, located at ECF No. 523.

Dated: December 24, 2025

Respectfully submitted,

/s/ Karin E. Garvey
Karin E. Garvey
Brian M. Hogan
Joseph P. Guglielmo
Michelle E. Conston (*pro hac vice*)
Anna Hunanyan (*pro hac vice*)
Daniel F. Loud (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: 212-223-6444
kgarvey@scott-scott.com
brian.hogan@scott-scott.com
jguglielmo@scott-scott.com
mconston@scott-scott.com
ahunanyan@scott-scott.com
dloud@scott-scott.com

Steven F. Molo
Lauren F. Dayton
Eric Posner
**MOLOLAMKEN LLP**
300 N. LaSalle Street, Suite 5350
Chicago, IL 60654
Telephone: 312-450-6700
smolo@mololamken.com
ldayton@mololamken.com
eposner@mololamken.com

Lauren M. Weinstein
Christian I. Bale
**MOLOLAMKEN LLP**
600 New Hampshire Avenue, N.W.,
Suite 500
Washington, DC 20037
Telephone: 202-556-2000
lweinstein@mololamken.com
cbale@mololamken.com

Carmen Medici (*pro hac vice*)
Gary Foster (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-798-5319
cmedici@scott-scott.com
gfoster@scott-scott.com

Anden Chow
Cody Wiles
**MOLOLAMKEN LLP**
430 Park Avenue
New York, NY 10022
Telephone: 212-607-5951
achow@mololamken.com
cwiles@mololamken.com

*Liaison Counsel for Direct Purchaser*
*Plaintiffs and the Proposed Direct*
*Purchaser Class*

Patrick McGahan (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
156 S. Main St.
Colchester, CT 06415
Telephone: 860-531-2606
pmcgahan@scott-scott.com

*Interim Lead Class Counsel for Direct*
*Purchaser Plaintiffs and the Proposed Direct*
*Purchaser Class*

George A. Zelcs
Randall P. Ewing, Jr.
Chad E. Bell
Labeat Rrahmani
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312-641-9750

4

Christopher M. Burke
Yifan (Kate) Lv
**BURKE LLP**
402 West Broadway, Suite 1890
San Diego, CA 92101
Telephone: 619-369-8244
cburke@burke.law
klv@burke.law

Daniel E. Gustafson (*pro hac vice*)
Daniel C. Hedlund (*pro hac vice*)
Daniel J. Nordin (*pro hac vice*)
Anthony J. Stauber (*pro hac vice*)
**GUSTAFSON GLUEK PLLC**
120 S. Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612-333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
tstauber@gustafsongluek.com

Dennis Stewart (*pro hac vice*)
**GUSTAFSON GLUEK PLLC**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: 612-333-8844
dstewart@gustafsongluek.com

Gary F. Lynch
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: 412-322-9243
gary@lcllp.com

gzelcs@koreintillery.com
rewing@koreintillery.com
cbell@koreintillery.com
lrrahmani@koreintillery.com

Michael L. Roberts
Karen Sharp Halbert
Christopher B. Sanchez
**ROBERTS LAW FIRM, P.A.**
6834 Cantrell Road, Suite #1131
Little Rock, AR 72207
Telephone: 501-821-5575
mikeroberts@robertslawfirm.us
karenhalbert@robertslawfirm.us
chrissanchez@robertslawfirm.us

Jennifer W. Sprengel
**CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP**
150 S. Wacker, Suite 3000
Chicago, IL 60606
Telephone: 312-782-4880
jsprengel@caffertyclobes.com

*Counsel for Direct Purchaser Plaintiffs
and the Proposed Direct Purchaser Class*

Garrett D. Blanchfield (*pro hac vice*)
Brant D. Penney (*pro hac vice*)
Roberta A. Yard (*pro hac vice*)
**REINHARDT WENDORF &
BLANCHFIELD**
80 So. 8th Street, Suite 900
Minneapolis, MN 55402
Telephone: 651-287-2100
g.blanchfield@rwblawfirm.com
b.penney@rwblawfirm.com
r.yard@rwblawfirm.com

William G. Caldes (*pro hac vice*)
Jeffrey L. Spector (*pro hac vice*)
Rachel E. Kopp (*pro hac vice*)
**SPECTOR ROSEMAN &
KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: 215-496-0300
BCaldes@srkattorneys.com
JSpector@srkattorneys.com
RKopp@srkattorneys.com

*Interim Co-Lead Counsel for Indirect
Purchaser Plaintiffs and the Proposed
Indirect Purchaser Class*

Charles R. Watkins
**GUIN & EVANS, LLC**
805 Lake Street, #226
Oak Park, IL 60603
Telephone: 312-878-8397
charlesw@gseattorneys.com

*Liaison Counsel for Indirect Purchaser
Plaintiffs and the Proposed Indirect
Purchaser Class*

*/s/ Matthew D. Provance*
Britt M. Miller
J. Gregory Deis
Matthew D. Provance
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606-4637
Telephone: 312-782-0600
Facsimile: 312-701-7711
bmiller@mayerbrown.com
gdeis@mayerbrown.com
mprovance@mayerbrown.com

*Counsel for Defendant Fair Isaac Corporation*