**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: FICO ANTITRUST LITIGATION RELATED CASES.** | ) ) ) ) ) | **No. 20-cv-2114** <br> **Magistrate Judge M. David Weisman** |

**ORDER**

Before the Court is FICO's motion to compel non-party OneMain Holdings, Inc. to comply with its subpoena. The only subpoena topic still in dispute is FICO's request for "any study, evaluation, assessment, analysis, or decision by You to use FICO Scores, VantageScore Credit Scores, or any other Credit Score . . . , including but not limited to any actual or contemplated use of a VantageScore model or transition or switch from using a FICO Score model to a VantageScore model." (ECF 498 at 4.) FICO says it needs these documents to defend against plaintiffs' allegation that anticompetitive provisions in its licensing agreements with the credit bureaus hindered VantageScore from competing with FICO. (*Id.*) OneMain says the requested documents have no relevance, and even if they did, FICO's request would still be improper because OneMain, as a third party and class member, should be shielded from this discovery.

"'Discovery from nonnamed class members is not warranted 'as a matter of course.'" *Rogers v. Baxter Int'l Inc.*, No. 04 C 6476, 2007 WL 2908829, at *1 (N.D. Ill. Oct. 4, 2007) (quoting *Brennan v. Midwestern United Life Ins. Co.*, 450 F.2d 999, 1005 (7th Cir. 1971)), *objections overruled*, No. 04 C 6476, 2008 WL 11517166 (N.D. Ill. May 29, 2008). Discovery can be propounded to class members only "in appropriate circumstances." *Clark v. Universal Builders, Inc.*, 501 F.2d 324, 340 (7th Cir. 1974). "The party seeking discovery has the burden of demonstrating its merits." *Id.*

FICO has not shouldered that burden. It does not assert that there is something unique about OneMain that makes its analysis of the relative merits of VantageScore and FICO somehow more important than any other such analysis or that it cannot obtain such analyses from the named parties. Because FICO has not shown that it is appropriate to require third party and class member OneMain to respond to FICO's discovery request, the Court denies FICO's motion [497].

**SO ORDERED.** **ENTERED: January 26, 2026**

M. David Weisman

**M. David Weisman**
**United States Magistrate Judge**