**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Sky Federal Credit Union, et al.

Plaintiff,

v.                                                                Case No.: 1:20–cv–02114
                                                                   Honorable April M. Perry

Fair Isaac Corporation, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 12, 2026:

MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Discussion held on issues raised in joint status report. Regarding searches of personal emails and FICO's review for responsiveness and redaction, FICO is aiming for production by 2/20/26. As to Plaintiffs' 3rd and 4th RFPs, some documents have been produced and review continues; parties continue discussions on certain issues and production is ongoing. Regarding FICO's requests for admission addressing whether Plaintiffs directly paid for FICO's credit reports, FICO seeks a deadline for supplemental or amended responses by Plaintiffs. Court is not inclined to address this issue in depth until later in the discovery process; parties shall continue discussions pursuant to Local Rule 37.2. FICO may re–raise these issues at the appropriate time, consistent with the case management schedule, which will be updated in the next approximately 60 days. As to Interrogatory No. 4, FICO may seek to obtain answers in the near future and parties to comply with Local Rule 37.2. Discussion held regarding discovery as to First Choice; parties in final discussions on search terms and a date for production by Plaintiffs. Lengthy discussion held regarding privilege log issue and Plaintiffs' position that FICO has waived privilege; issue is ongoing. Discussion held as to status of discovery related to prior VantageScore litigation, which should be presented at the next status hearing. VantageScore expects to produce documents by 2/18/26. Experian notified Plaintiffs today that it will produce requested data in the next 4–5 weeks; Plaintiffs requested an order and FICO has no objection. Experian shall produce requested data within 35 days, no later than 3/20/26. Regarding case schedule, the parties indicated it can likely be set in March and/or April. Status hearing set for 3/17/26 at 10:00 a.m. Joint status report due by 3/12/26, and parties if the parties want to defer a status hearing until one of the April dates, they shall so indicate. Status hearing set for 4/9/26 at 1:15 p.m. Joint status report due by COB 4/6/26 setting forth whether the parties seek to proceed with the 4/9/26 status hearing or wait until later in April. Status hearing set 4/28/26 at 12:00 p.m. Joint status report due by noon on 4/24/26. Parties may appear in person or dial in using the Court's conference call–in number. The conference call–in number is 1–855–244–8681 and the access code is 2316 422 1828##. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of

court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.