**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Sky Federal Credit Union, et al.

                    Plaintiff,

v.                                              Case No.: 1:20–cv–02114
                                                Honorable April M. Perry

Fair Isaac Corporation, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 9, 2026:

      MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Response to plaintiff's RFP #71 is still at issue. After a discussion about search strings, the Court is inclined to order FICO to use the search string it proposes on page seven of the joint status report. To address Plaintiffs' concern that the search string is too limiting based on the exclusive use of "monopol!" without including: antitrust or "anti–trust" or "anti trust" or anticompetitive or anti–competitive or "anti competitive," (see Plaintiffs' proposed search string directly below on page 7 of joint stats report), FICO is ordered to file a brief status report no later than COB, June 14, 2026 indicating the number of hits (de–duplicated) that a search string with the included search terms would generate. The Court will issue an order as to the appropriate search string to apply based on the information provided. The parties will meet and confer about the issue of searching personal emails. By 4/17/26, FICO will serve its responses to RFPs 88 and 89. By 4/17/26, Plaintiffs will issue third–party subpoenas to consultants, which instruct the recipients to preserve the requested documents only, with no responses to issue until further directed by Plaintiffs. See page 30, Joint Status Report. By 4/17/26, both parties will answer outstanding June 2025 discovery, and plaintiffs will make a supplemental response to FICO's interrogatory 4. FICO will file any motion to compel with respect to VantageScore and a proposed briefing schedule for the motion by 4/13/26. By 4/30/26, FICO will produce a supplemental privilege log reflecting recent productions and substantial completion. By 5/30/26, the parties shall complete all required meet and confers to address all categorical challenges to FICO's privilege log. By 5/8/26, the parties will file a joint status report addressing whether the 5/30/26 date for meeting and conferring about categorical objections to amended/supplemented privilege log is a workable date, and a proposed date for any necessary briefing on the issue. The parties are to also include all other related discovery issues in the joint status report. Status hearing set for May 12, 2026 remains. Further status hearing set for 6/23/26 at 1:00 p.m. Parties may appear in person or dial in using the Court's conference call–in number. The conference call–in number is 1–855–244–8681 and the access code is 2316 422 1828##. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials,

restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.