## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Sky Federal Credit Union, et al.

                    Plaintiff,

v.

                                   Case No.: 1:20–cv–02114
                                   Honorable April M. Perry

Fair Isaac Corporation, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 10, 2026:

      MINUTE entry before the Honorable M. David Weisman: Minute entry [645] is amended to include that the joint status report is due by noon on 6/18/26 for the status hearing scheduled for 6/23/26. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.