**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| *In re FICO Antitrust Litigation* | Case No. 20-cv-02114 |
| *This document relates to:*<br>ALL ACTIONS | Honorable April M. Perry<br><br>Magistrate Judge M. David Weisman |

**FAIR ISAAC CORPORATION'S STATUS REPORT
REGARDING PLAINTIFFS' RFP NO. 71**

Fair Isaac Corporation ("FICO") respectfully submits this brief Status Report pursuant to the Court's April 10, 2026 Order. *See* ECF No. 645. In particular, FICO submits this Status Report to provide the number of hits (de-duplicated) generated by the following search term, which the Court instructed FICO to test in connection with Plaintiffs' Request for Production ("RFP") No. 71:

**Search term:** (Hawley or Warren or "lowering credit report costs") AND ("Department of Justice" or DOJ or letter*) AND (FICO or "Fair Isaac") AND (monopol* or antitrust or anti-trust or "anti trust" or "anticompetitive" or "anti-competitive" or "anti competitive")

**De-duplicated hits:** The above search term—which reflects FICO's proposed search term as stated in the parties' April 6, 2026 Joint Status Report (*see* ECF No. 644 at 7), plus an expansion to include certain antirust-related terms as included in Plaintiffs' proposed search terms, per the Court's direction at ECF No. 645—would require FICO to review 1,873 documents (hits, plus family members) for responsiveness to RFP No. 71.

\*       \*       \*

FICO does not oppose applying the above-referenced search term for purposes of identifying documents to review for responsiveness to RFP No. 71.

Dated: April 14, 2026

Respectfully submitted,

*/s/ Megan E. Stride*
Britt M. Miller
J. Gregory Deis
Matthew D. Provance
Megan E. Stride
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
(312) 782-0600
(312) 701-7711—Facsimile
bmiller@mayerbrown.com
gdeis@mayerbrown.com
mprovance@mayerbrown.com
mstride@mayerbrown.com

*Counsel for Defendant*
*Fair Isaac Corporation*

2

## CERTIFICATE OF SERVICE

I, Megan E. Stride, an attorney, hereby certify that on April 14, 2026, I caused a true and correct copy of the foregoing **FAIR ISAAC CORPORATION'S STATUS REPORT REGARDING PLAINTIFFS' RFP NO. 71** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

/s/ *Megan E. Stride*
Megan E. Stride
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
mstride@mayerbrown.com

3