Sky Federal Credit Union, et al.

Plaintiff,

v.

Case No.: 1:20–cv–02114
Honorable April M. Perry

Fair Isaac Corporation, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 12, 2026:

MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. As to RFP # 71, supplemental production by FICO to Senate Committee, the parties met and conferred. FICO has made no production to Senator Hawley/Senate Committee. If FICO makes any production of documents or sends a letter to Senator Hawley/Senate Committee, FICO agrees to notify Plaintiffs of this production/letter within 7 days with a general description of what was sent/produced. Plaintiffs do not waive any objections regarding their ability to obtain those productions/communications through discovery. As to Plaintiffs' responses to FICO's RFA ## 1 and 2, whether Plaintiffs directly paid for FICO's services, responses to RFAs must occur prior to Plaintiffs' or Rule 30(b)(6) depositions. Because that portion of discovery is in the distance, and Defendant's other proffered reasons for seeking responses sooner do not dictate a more immediate response, the Court will order responses at a later date As to privilege log issue, Court will issue ruling within 7 days. Page 10 of the JSR, Plaintiffs' proposal regarding recipient field left blank, this issue will be a part of the 6/30/26 global privilege motion, if the parties do not resolve it. Court requests caselaw as to whether the lack of a primary field causes the privilege log to be deficient on its face, and an understanding of prejudice to Plaintiffs based on the information currently provided in the log. Challenges to business purpose versus legal purpose, at page 18, will be covered by 6/30/26 omnibus motion. Page 19, the parties agree that 5/29/26 deadline is workable to complete all required meet and confers to address categorical challenges to that log and to the smaller Supplemental Privilege Log; to be included in omnibus privilege log motion on 6/30/26. Parties to submit a proposed schedule and page limit by 6/4/26. Status hearing set for 6/23/26 is stricken and reset to 6/22/26 at 1:00 p.m. For the case schedule, parties to meet and confer and include the proposed schedule in the 6/4/26 status report. Status hearing set for 7/21/26 at 1:00 p.m. Joint status report due by COB 7/17/26. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.