## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Sky Federal Credit Union, et al.

Plaintiff,

v.

Case No.: 1:20–cv–02114
Honorable April M. Perry

Fair Isaac Corporation, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 7, 2026:

    MINUTE entry before the Honorable M. David Weisman: Defendant's motion for extension of time to respond to motion to compel [695] is granted. Response to motion [689] is due by 7/30/26; Reply to motion [689] due by 8/13/26. Status/Ruling on motion hearing set for 9/15/26 at 1:00 p.m. Motion hearing set for 7/9/26 is stricken. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.